```
                    RECEIVED
              ___   SERVED ON
         ___ FILED  COUNSEL/PARTIES OF RECORD
         ___ ENTERED

              JUN -1 2010

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA    DEPUTY
         BY: _____
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00125-ECR-LRL |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **ORDER APPROVING BUDGET AND RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2010 THROUGH JUNE 30, 2011, AND THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2009** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

The Petition of the United States Board of Water Commissioners and the Chief Deputy Water Commissioner for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2010 Through June 30, 2011, and for Approval of the Audit Report for the Year Ended June 30, 2009, came on regularly for hearing on June 1, 2010, at the hour of 10:00 a.m. All appearances were noted for the record by the Court Clerk.

The Court having considered the Petition, the proofs of notice, and being fully advised in the premises makes the following findings:

1. The Court finds that notice of this hearing has been given by publication and posting of the Notice of Filing of Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2010 Through June 30, 2011, and for Approval of the Audit Report for the Year Ended June 30, 2009 in accordance with its Order of April 23, 2009, and that additional notice has been

1  given by electronic service and by mailing a copy of the Petition, the Order Requiring Notice (Proposed)
2  and Notice of Filing Report (Proposed) on April 22, 2010, as set forth in the Affidavit of Service filed
3  on April 22, 2010.
4      2.   The Court finds that the Budget and Rate of Assessment for the year July 1, 2010 to June
5  30, 2011 should be approved.
6      3.   The Court finds the Audit Report of the accounting records of the United States Board
7  of Water Commissioners for the year ended June 30, 2009, prepared by Kafoury, Armstrong & Co.
8  should be approved.
9      NOW, THEREFORE, it is hereby ordered that:
10     1.   The Budget and Rate of Assessment of $2.60 per acre for the year July 1, 2010 to June
11 30, 2011 submitted by the Chief Deputy Water Commissioner and approved by the United States Board
12 of Water Commissioners on February 26, 2010, is hereby approved; and
13     2.   The Audit Report of the accounting records of the United States Board of Water
14 Commissioners for the year ended June 30, 2009, prepared by Kafoury, Armstrong & Co. is hereby
15 approved.
16     DATED this ___1___ day of June, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE