```
           FILED          RECEIVED
           ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

              APR 1 2 2011

           CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-0125-ECR-LRL |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **ORDER REQUIRING NOTICE OF FILING OF REPORT AND PETITION FOR APPROVAL OF BUDGET AND APPROVAL OF RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2011 THROUGH JUNE 30, 2012, AND FOR APPROVAL OF THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2010** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, upon the Petition of the UNITED STATES BOARD OF WATER COMMISSIONERS, and JIM SHAW, CHIEF DEPUTY WATER COMMISSIONER;

IT IS HEREBY ORDERED that a hearing on the Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2011 through June 30, 2012, and for Approval of the Audit Report for the Year Ended June 30, 2010, filed on the 8th day of April 2011, is set before this Court on Tuesday, May 31, 2011, at the hour of 10:00 a.m. Notice shall be given by posting and publication. Notice of the filing and the hearing shall be posted at the following locations:

Commissioner's Office, 410 North Main Street, Yerington, Nevada;
Lyon County Courthouse, Main Street, Yerington, Nevada;
Post Office Bulletin Board, Main Street, Yerington, Nevada;

1  U.S. Post Office Bulletin Board, Smith, Nevada;
   U.S. Post Office Bulletin Board, Wellington, Nevada;
2  U.S. Post Office Bulletin Board, Coleville, California;
   U.S. Post Office Bulletin Board, Schurz, Nevada; and
3  U.S. Post Office Bulletin Board, Bridgeport, California.

4  Notice shall also be given by publication once a week for two successive weeks in the <u>Mason Valley News</u>, Yerington, Nevada; <u>Mammoth Times</u>, Mammoth Lakes, California; and in the <u>Record Courier</u>, Gardnerville, Nevada. Notice of the filing and the hearing shall be submitted to this Court for approval prior to posting and publication.

8  All persons may appear at the time and place aforesaid to show cause, if any they have, why the prayer of the Petition should not be granted.

10  DATED this 12 day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE