UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>    Defendants,<br><br>In the Matter of:<br>Permit Nos. 48587 and 48588,<br>U.S. Bureau of Indian Affairs on<br>Behalf of the Yerington Paiute Tribe,<br><br>    Petitioners. | Case No. 3:73-cv-00125-ECR-LRL<br><br>ORDER<br><br>Hearing Set for November 1, 2011, at 10:00 a.m. in Courtroom 3 |

On July 15, 2011, a Petition for Approval of Modification of the Walker River Decree on Behalf of the Yerington Paiute Tribe (#1027) (herein after " the Petition") was filed.

The Petition is filed in accordance with the Administrative Rules and Regulations Regarding Change of Point of Diversion, Manner of Use or Place of Use of the Water of the Walker River and Its Tributaries filed June 3, 1996[1]

---

[1] The Administrative Rules and Regulations Regarding Point of Diversion,

(herein after "the Administrative Rules and Regulations"), and the Final Decree for the Walker River entered April 15, 1936, as amended by Order of April 24, 1940.

Now, THEREFORE, IT IS ORDERED as follows:

(1)  Within 21 days of entry of this Order, in accordance with the Administrative Rules and Regulations, Sec. 7.2, a copy of the Petition shall (in addition to service previously made) be served by mail or email upon all parties to the agency administrative proceedings (the proceedings before the State Engineer of Nevada) and upon the United States Board of Water Commissioners, the Walker River Paiute Tribe, and the Nevada Department of Wildlife.  Proof of such service shall be filed herein prior to the hearing on the Petition.

(2)  Any person or entity desiring to object to the granting of the Petition shall file shall written objections with the Court within 60 days of the entry of this Order.  A copy of such objections shall be served on the parties required to be served under the Administrative Rules and Regulations, Sec. 7.2.

(3)  The Petitioner shall comply with the requirements of Sec. 7.6 of the Administrative Rules and Regulations.

(5)  A hearing on the Petition is set for **Tuesday, November 1, 2011** at **10:00 a.m.** in Courtroom No. 3 of the Bruce R. Thompson Federal Courthouse,

---

Manner of Use or Place of Use of Water of the Walker River and Its Tributaries, filed June 3, 1996, has been scanned and added to the docket of this case as Docket No. 1029 in the June 3, 1996 section of case 3:73-cv-00125-ECR-LRL.

2

Reno, Nevada.  Within 21 days of the entry of this Order, a copy of the within order shall be served by mail or email on all parties required to be served by Sec. 7.2 of the Administrative Rules and Regulations.  Proof of such service shall be filed with this Court prior to the hearing on the Petition.

Dated this  20th   day of July 2011.

_____
EDWARD C. REED, JR.
United States District Judge

3:73-cv-00125-ECR-LRL
USA and Walker River Paiute Tribe v.
Walker River Irrigation District, et al.