# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | IN EQUITY NO. C-125-ECR-WGC |
| Plaintiff, | ) | 3:73-cv-00125-ECR-WGC |
| WALKER RIVER PAIUTE TRIBE, | ) | |
| Plaintiff-Intervenor, | ) | |
| vs. | ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) | **Order** |
| Defendants. | ) | |

On April 12, 2012, the United States Board of Water Commissioners and the Chief Deputy Water Commissioner filed a Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1,2012 Through June 30, 2012, and for Approval of the Audit Report for the Year Ended June 30, 2011 (#1069) ("Report and Petition"). A hearing was set for May 30, 2012. The Court ordered (#1076) that if no objections were filed by May 16, 2012, the Court would consider vacating the hearing.

On May 16, 2012, the Walker River Paiute Tribe (the "Tribe") and the United States of America filed Joint Comments (#1087) to the Report and Petition (#1069). The Tribe and the United States state that their comments are similar to their joint comments filed annually with the Court in prior years, and that therefore a hearing may not be

1  required. Subject to the comments, the Tribe and the United States do
2  not object to the Court approving the Report and Petition (#1069).
3  The comments largely pertain to a concern that the delivery of water
4  to the Tribe account for conveyance losses and accuracy of
5  measurement. The Tribe and the United States do not object to United
6  States Board of Water Commissioners administering the Decree and the
7  delivery of water in the same manner as in prior similar irrigation
8  systems.
9      On May 17, 2012, the Walker River Irrigation District responded
10 (#1088) to certain of the Joint Comments (#1087), responding that the
11 comments are largely similar or identical to previous years' comments,
12 and that the Walker River Irrigation District recognizes that the
13 Tribe and the United States have not waived the rights they may have
14 to seek in the future a different place of measurement and/or to the
15 addition of water to offset conveyance losses, if any.
16
17     **IT IS, THEREFORE, HEREBY ORDERED** that no objections having been
18 timely filed to the Report and Petition (#1069), the hearing set for
19 May 30, 2012 is **VACATED**. The Report and Petition (#1069) shall be
20 approved by separate order.

25 DATED: May 22, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

28                    2