IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00125-ECR-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **ORDER APPROVING BUDGET AND RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2012 THROUGH JUNE 30, 2013, AND THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2011** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

The Petition of the United States Board of Water Commissioners and the Chief Deputy Water Commissioner for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2012 Through June 30, 2013, and for Approval of the Audit Report for the Year Ended June 30, 2011 ("Petition") (Doc. 1069) was filed on April 12, 2012. The Walker River Paiute Tribe ("Tribe") and the United States of America ("United States") filed Joint Comments (Doc. 1087) on May 16, 2012. Subject to the statements made in their Joint Comments, the Tribe and the United States did not object to the Court approving the Petition (Doc. 1069). The Walker River Irrigation District ("District") filed a Response to the Joint Comments of the Tribe and the United States on May 17, 2012 (Doc. 1088). The

1  District's Response did not object to the budget, rate of assessment or the audit report. There were no
2  other comments or objections filed to the budget, rate of assessment or the audit report.
3            The Court having considered the Petition, the proofs of notice, and being fully advised
4  in the premises makes the following findings:
5            1.    The Court finds that notice of this hearing has been given by publication and
6  posting of the Amended Notice of Filing of Report and Petition for Approval of Budget and Approval
7  of Rate of Assessment for the Year July 1, 2012 Through June 30, 2013, and for Approval of the Audit
8  Report for the Year Ended June 30, 2011 in accordance with its Order of April 20, 2012 (Doc. 1076),
9  and that additional notice has been given by electronic service and by mailing a copy of the Petition, the
10 Order Requiring Notice (Proposed) and Notice of Filing Report (Proposed) on April 12, 2012, as set
11 forth in the Affidavit of Service filed on April 12, 2012 (Doc. 1072).
12           2.    The Court finds that the Budget and Rate of Assessment for the year July 1, 2012
13 to June 30, 2013 should be approved.
14           3.    The Court finds the Audit Report of the accounting records of the United States
15 Board of Water Commissioners for the year ended June 30, 2011, prepared by Arrighi, Rader & Blake
16 LLC, Certified Public Accountants, should be approved.
17           NOW, THEREFORE, it is hereby ordered that:
18           1.    The Budget and Rate of Assessment of $2.60 per acre for the year July 1, 2012
19 to June 30, 2013 submitted by the Chief Deputy Water Commissioner and approved by the United States
20 Board of Water Commissioners on March 8, 2012, is hereby approved; and
21           2.    The Audit Report of the accounting records of the United States Board of Water
22 Commissioners for the year ended June 30, 2011, prepared by Arrighi, Rader & Blake LLC, Certified
23 Public Accountants, is hereby approved.
24           DATED this 22nd day of May, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

2