UNITED STATES DISTRICT COURT

THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-RCJ-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **NOTICE OF FILING OF REPORT AND PETITION FOR APPROVAL OF BUDGET AND APPROVAL OF RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2013 THROUGH JUNE 30, 2014, AND FOR APPROVAL OF THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2012** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

TO:   ALL INTERESTED PERSONS

YOU ARE HEREBY NOTIFIED that on the 12th day of April, 2013, there was filed in the Office of the Clerk of the above-entitled Court, a Petition for an Order requesting the following:

1. Approving the budget and assessment established by the UNITED STATES BOARD OF WATER COMMISSIONERS on the 8th day of March, 2013;

2. Creating an assessment of Two Dollars and Ninety Cents ($2.90) per acre to replenish the fund established to pay the expenses and costs of the UNITED STATES BOARD OF WATER COMMISSIONERS; and

/////

1

3.  Approving the audit report for the fiscal year ended June 30, 2012.

YOU ARE FURTHER NOTIFIED that a hearing on the above-entitled Petition, and any objections thereto, will be held in Courtroom No. 6, Federal Building, 400 South Virginia Street, Reno, Nevada, on **Tuesday, May 21, 2013 at 9:00 a.m.**

YOU ARE FURTHER NOTIFIED that any water users or interested persons may examine the aforesaid budget and rate of assessment and Petition for approval of the same, and the said audit report, in the Office of the Clerk of the above-entitled Court at the Federal Building, 400 South Virginia Street, Reno, Nevada, and may, if so desired, file written objections to either or any one of them.  Said objections must be filed on or before **Tuesday, May 7, 2013**, and must be served on the same day on counsel for Petitioners.

If no objections are filed by May 7, 2013, the Court may consider vacating the hearing set for May 21, 2013.

Dated this 22nd day of April, 2013.

UNITED STATES DISTRICT COURT

By _____
ROBERT C. JONES
Chief Judge