1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF NEVADA

11

12  UNITED STATES OF AMERICA,                3:73-CV-00125-RCJ-WGC

13          Plaintiff,                       In Equity No. C-125

14  WALKER RIVER PAIUTE TRIBE,               **ORDER REQUIRING NOTICE OF
                                             FILING OF REPORT AND PETITION
15          Plaintiff-Intervenor,            FOR APPROVAL OF BUDGET AND
                                             APPROVAL OF RATE OF ASSESSMENT
16      vs.                                  FOR THE YEAR JULY 1, 2013
                                             THROUGH JUNE 30, 2014, AND FOR
17  WALKER RIVER IRRIGATION DISTRICT,        APPROVAL OF THE AUDIT REPORT
    a corporation, et al.,                   FOR THE YEAR ENDED JUNE 30, 2012**
18
            Defendants.
19  _____/

20          GOOD CAUSE APPEARING, upon the Petition of the UNITED STATES BOARD OF WATER

21  COMMISSIONERS, and JIM SHAW, CHIEF DEPUTY WATER COMMISSIONER;

22          IT IS HEREBY ORDERED that a hearing on the Report and Petition for Approval of Budget

23  and Approval of Rate of Assessment for the Year July 1, 2013 through June 30, 2014, and for Approval

24  of the Audit Report for the Year Ended June 30, 2012, filed on the 12th day of April, 2013, is set before

25  this Court on **Tuesday, May 21, 2013**, at the hour of **9:00 a.m.**  Notice shall be given by posting and

26  publication.  Notice of the filing and the hearing shall be posted at the following locations:

27  /////

28  /////

1

1    Commissioner's Office, 410 North Main Street, Yerington, Nevada;
     Lyon County Courthouse, Main Street, Yerington, Nevada;
2    Post Office Bulletin Board, Main Street, Yerington, Nevada;
     U.S. Post Office Bulletin Board, Smith, Nevada;
3    U.S. Post Office Bulletin Board, Wellington, Nevada;
     U.S. Post Office Bulletin Board, Coleville, California;
4    U.S. Post Office Bulletin Board, Schurz, Nevada; and
     U.S. Post Office Bulletin Board, Bridgeport, California.
5

6          Notice shall also be given by publication once a week for two successive weeks in the Mason

7    Valley News, Yerington, Nevada; Mammoth Times, Mammoth Lakes, California; and in the Record

8    Courier, Gardnerville, Nevada.  Notice of the filing and the hearing shall be submitted to this Court for

9    approval prior to posting and publication.

10         All persons may appear at the time and place aforesaid to show cause, if any they have, why the

11   prayer of the Petition should not be granted.

12         Dated this 22nd day of April, 2013.

13

14                                                                              _____
                                                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2