**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                 )<br>           Plaintiff,                  )<br>                                                 )<br>     vs.                                      )<br>                                                 )<br>WALKER RIVER IRRIGATION, et al., )<br>                                                 )<br>           Defendants.              )<br>_____ ) | IN EQUITY NO. C-125-RCJ<br>Subproceedings: C-125-B and C-125-C<br><br>3:73-CV-0125-RCJ-WGC<br>3:73-CV-0127-RCJ-WGC<br>3:73-CV-0128-RCJ-WGC<br><br>MINUTES OF THE COURT<br><br>DATE: July 12, 2013 |

**Minute Order in Chambers Re: Status Conference set for July 25, 2013, at 10:00 a.m.**

   Presently before the Court is a Request to Appear Telephonically for the Status Conference Scheduled for July 25, 2013 (#1168) filed with the Court on July 19, 2013.

   IT IS HEREBY ORDERED that Ms. Schneider's request to appear telephonically (#1168) is DENIED.  Ms. Schneider shall appear in person for the Status Conference on July 25, 2013, 10:00 A.M., in Reno Courtroom 6, before Chief Judge Robert C. Jones and Magistrate Judge William C. Cobb.

   IT IS SO ORDERED dated this 19th day of July, 2013.

_____
ROBERT C. JONES
Chief Judge