ROBERT G. DREHER
Acting Assistant Attorney General

Andrew "Guss" Guarino, Trial Attorney
Susan L. Schneider, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
999 – 18th Street, Suite 370
Denver, Colorado 80202
(303) 844-1343; (303) 844-1348
guss.guarino@usdoj.gov
susan.schneider@usdoj.gov
David L. Negri, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Div.
c/o U.S. Attorney's Office
800 Park Blvd., # 600
Boise, Idaho 83712
(208) 334-1936
david.negri@usdoj.gov

Greg Addington
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
greg.addington@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | IN EQUITY NO. C-125-RCJ |
| ) | Subproceedings: C-125-B & C-125-C |
| WALKER RIVER PAIUTE TRIBE, ) | 3:73-CV-00127-RCJ-WGC & |
| ) | 3:73-CV-00128-RCJ-WGC |
| Plaintiff-Intervenor, ) | |
| vs. ) | |
| ) | |
| WALKER RIVER IRRIGATION DISTRICT, ) | |
| a corporation, et al., ) | **NOTICE OF WITHDRAWAL AS** |
| ) | **ATTORNEY OF RECORD** |
| Defendants. ) | |
| _____ ) | |
| MINERAL COUNTY, ) | |
| ) | |
| Proposed-Plaintiff-Intervenor, ) | |
| vs. ) | |
| ) | |
| WALKER RIVER IRRIGATION DISTRICT, ) | |

1

| | |
|---|---|
| a corporation, et al. | ) |
| | ) |
| Proposed Defendants. | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that Susan L. Schneider hereby withdraws as attorney of record for the United States of America effective this 30th day of July, 2013.  Attorney for the United States, Andrew "Guss" Guarino, has replaced her as lead counsel for the United States of America in this proceeding.

Dated:  July 30, 2013

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General

Andrew "Guss" Guarino, Trial Attorney
Susan L. Schneider, Trial Attorney
David L. Negri, Trial Attorney
Greg Addington, Assistant United States Attorney

By   /s/ Susan L. Schneider
        Susan L. Schneider
U.S. Department of Justice
Environmental and Natural Resources Div.
999 – 18th Street, Suite 370
Denver, Colorado 80202
(303) 844-1348
Susan.schneider@usdoj.gov

*Attorneys for the United States of America*

IT IS SO ORDERED this 30th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2