ALLISON, MacKENZIE, PAVLAKIS, WRIGHT & FAGAN, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　Defendants.<br>_____/ | 3:73-CV-00125-RCJ-WGC<br><br>In Equity No. C-125<br><br>ORDER REQUIRING POSTING AND PUBLICATION OF NOTICE OF VACANCY IN DIVISION 5 - UNITED STATES BOARD OF WATER COMMISSIONERS |

**GOOD CAUSE APPEARING**, upon the Report to Court filed by the UNITED STATES BOARD OF WATER COMMISSIONERS:

**IT IS HEREBY ORDERED** that the NOTICE OF VACANCY IN DIVISION 5 – UNITED STATES BOARD OF WATER COMMISSIONERS shall be given by the UNITED STATES BOARD OF WATER COMMISSIONERS by posting and publication. The NOTICE OF VACANCY shall be posted within fifteen (15) days at the following locations:

    Commissioner's Office, 410 North Main Street, Yerington, Nevada;
    Lyon County Courthouse, Main Street, Yerington, Nevada;
    U.S. Post Office Bulletin Board, Main Street, Yerington, Nevada;
    U.S. Post Office Bulletin Board, Smith, Nevada;

U.S. Post Office Bulletin Board, Wellington, Nevada;
U.S. Post Office Bulletin Board, Schurz, Nevada;
U.S. Post Office Bulletin Board, Coleville, California; and
U.S. Post Office Bulletin Board, Bridgeport, California.

Notice shall also be given by publication to commence within fifteen (15) days for two (2) consecutive weeks in the <u>Mason Valley News</u>, Yerington, Nevada; the <u>Record Courier</u>, Gardnerville, Nevada; and the <u>Mammoth Times</u>, Mammoth Lakes, California.

Upon expiration of the completed application deadline contained in the Notice, the Clerk of the Court shall provide copies of all completed applications to KAREN A. PETERSON, Attorney for the UNITED STATES BOARD OF WATER COMMISSIONERS, at 402 North Division Street, Carson City, Nevada 89703.

Dated: this 21st day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE

-2-