KAREN A. PETERSON, ESQ.
Nevada State Bar No. 0366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

Attorneys for the UNITED STATES BOARD
OF WATER COMMISSIONERS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-RCJ-WGC |
| Plaintiff, | In Equity No. C -125 |
| WALKER RIVER PAIUTE TRIBE, | NOTICE OF VACANCY IN DIVISION 3, UNITED STATES BOARD OF WATER COMMISSIONERS |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

**TO ALL INTERESTED PERSONS:**

**NOTICE IS HEREBY GIVEN** of a vacancy on the UNITED STATES BOARD OF WATER COMMISSIONERS to represent Division 3. Division 3 consists of those lands served from the East Walker River from the confluence of the East and West Walker Rivers to Bridgeport Dam.

**DUTIES OF THE UNITED STATES BOARD OF WATER COMMISSIONERS:** The UNITED STATES BOARD OF WATER COMMISSIONERS shall apportion and distribute the waters of the Walker River, its forks and tributaries in the State of Nevada and the State of California and shall enforce the rules and regulations that have been adopted

and approved by the Court as to the administration and distribution of waters pursuant to the Walker River Decree, In Equity C-125.

**QUALIFICATIONS:** To be qualified for appointment on the UNITED STATES BOARD OF WATER COMMISSIONERS, a nominee must meet the following standards:

1. The nominee must own water rights in Division 3 under the Walker River Decree, In Equity C-125;
2. The nominee must be competent to perform the duties of the office, of good moral character, emotionally stable and mature, in good health, patient, courteous and capable of deliberation and decisions when required to act;
3. The nominee's land being served by the water right of the Walker River Decree must be within Division 3. Division 3 consists of those lands served from the East Walker River from the confluence of the East and West Walker Rivers to Bridgeport Dam; and
4. The applicant must not be related by blood or marriage to a judge of the appointing Court at the time of the initial appointment.

**APPLICATION FORMS:** Any interested party may obtain an application form by writing to Lance Wilson, Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501, on or before February 12, 2015, stating a wish to be considered for appointment to the UNITED STATES BOARD OF WATER COMMISSIONERS, Division 3. A formal application will be provided by the Clerk of the Court.

**FINAL DATE FOR CONSIDERATION:** All interested parties may submit a completed application form on or before March 16, 2015, to Lance Wilson, Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501.

DATED: January 12, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
400 South Virginia Street
Reno, Nevada  89501

**APPLICATION FOR APPOINTMENT**
**TO**
**U.S. BOARD OF WATER COMMISSIONERS, WALKER RIVER**

1. Name: _____

2. Residence Address: _____

3. Mailing Address: _____

4. Age: _____

5. Occupation: _____

6. Are you related by blood or marriage to any judge, officer, or employee of the U.S. District Court for the District of Nevada? _____

    If yes, please explain: _____
    _____

7. What is the highest level of education you have completed? _____
    _____

8. If you have any college education, please list your major and minor course of study: _____
    _____

9. Have you ever been convicted of or pleaded guilty or nolo contendere to a felony criminal offense? _____ If yes, please list the nature and date of all such offenses:
    _____

10. Have you ever been terminated or asked to resign from a position of trust or job by reason of your alleged dishonesty or fraudulent conduct? _____ If yes, please explain:
    _____

11. Do you own any water rights on the Walker River system whose source is under the jurisdiction of the Walker River Decree, in Equity C-125? _____

/////

/////

12. If your answer to the preceding question is yes, please identify your water rights as described in the decree: _____
_____
_____

13. Is the land served by your water rights located within the division you seek to represent? _____

14. Is your place of residence located within that same division? _____

15. Please indicate the qualifications that you feel would make you an appropriate person to represent that division as a water commissioner: _____
_____
_____
_____
_____
_____
_____

16. Do you have any health or physical problems that might interfere with your ability to serve as a water commissioner? _____ If yes, please describe: _____
_____
_____

DATED: _____

_____
Signature of Applicant

================================================================

**REMARKS**: (Use this space for continuation of answers. List the number of items being continued.) _____
_____
_____
_____
_____