KAREN A. PETERSON, ESQ.
Nevada State Bar No. 0366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

Attorneys for the UNITED STATES BOARD
OF WATER COMMISSIONERS and
CHIEF DEPUTY WATER COMMISSIONER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants.<br>_____/ | 3:73-CV-00125-RCJ-WGC<br><br>In Equity No. C -125 |
| UNITED STATES BOARD OF WATER<br>COMMISSIONERS and CHIEF DEPUTY<br>WATER COMMISSIONER,<br><br>    Petitioners,<br><br>vs.<br><br>NEVADA DEPARTMENT OF WILDLIFE<br>and UNITED STATES FISH AND<br>WILDLIFE SERVICE,<br><br>    Respondents.<br>_____/ | **STIPULATION TO EXTEND<br>DEADLINE TO FILE REPLY<br>ON PETITION FOR<br>ENFORCEMENT OF THE<br>WALKER RIVER DECREE<br>AND [PROPOSED] ORDER** |

1. On June 27, 2016, the United States Board of Water Commissioners and Chief Deputy Water Commissioner filed a Verified Petition for Enforcement of the Walker River Decree (Doc. No. 1395).

2. On July 14, 2016, the California State Water Resources Control Board filed a Brief Re Verified Petition for Enforcement of the Walker River Decree (Doc. No. 1401).

3. The deadline for responding to the California State Water Resources Control Board's Brief is July 25, 2016.

4. In order to allow the United States Board of Water Commissioners to file its reply to the brief of the California State Water Resources Control Board at the same time as it files its reply to the responses of the Nevada Department of Wildlife and United States of America, the parties desire to extend the deadline for filing a reply.

Based on the foregoing, the California State Water Resources Control Board and the United States Board of Water Commissioners, acting through their undersigned attorneys and subject to approval of the Court, stipulate as follows:

1. The deadline for filing the United States Board of Water Commissioners' reply to the California State Water Resources Control Board's Brief will be extended to August 9, 2016.

Counsel for the California State Water Resources Control Board has authorized counsel for the United States Board of Water Commissioners to file this stipulation on its behalf.

Dated: July 25, 2016

By: __/s/ Jan Zabriskie__
Jan Zabriskie, Esq., NSB 1325
Deputy Attorney General
Kamala D. Harris
Attorney General of California
1300 I Street, Suite 125
P.O. Box 94244-2550
Phone: (916) 322-5181
Fax: (916) 327-2319
Email: Jan.Zabriskie@doj.ca.gov

*Attorneys for Special Master California State Water Resources Control Board*

///
///
///

Dated: July 25, 2016

By:  /s/ Karen A. Peterson
Karen A. Peterson, NSB 0366
ALLISON MacKENZIE, LTD.
402 North Division Street
Carson City, Nevada 89703
Phone: (775) 687-0202
Fax: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

*Attorney for United States Board of Water Commissioners*

**ORDER**

IT IS SO ORDERED.

July 27, 2016

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of **ALLISON MacKENZIE, LTD.**, and that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

And further I certify that I also served a copy of the foregoing document on the following non-CM/ECF participants by U.S. Mail, postage prepaid:

Bryan Bowker
U.S. Department of the Interior
Bureau of Indian Affairs – Western Region
Division of Natural Resources, MS-460
2600 North Central Avenue, 4th Floor
Phoenix, AZ 85004

Walker River Irrigation District
P.O. Box 820
Yerington, NV 89447

Jason King, P.E.
Dept. of Conservation & Natural Resources
Division of Water Resources
901 South Stewart Street #2002
Carson City, NV 89701

California Water Resources Department
1416 Ninth Street
Sacramento, CA 95814

Leo Drozdoff, Director
Dept. of Conservation & Natural Resources
State of Nevada
901 South Stewart Street #1003
Carson City, NV 89701

DATED this 25th day of July, 2016.

  */s/ Nancy Fontenot*
  NANCY FONTENOT

4822-6117-6117, v. 2

-4-