1  ADAM PAUL LAXALT
   Attorney General
2  JUSTINA A. CAVIGLIA
   Senior Deputy Attorney General
3  Nevada Bar No. 9999
   100 North Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1222
5  Fax: (775) 684-1108
   Email: jcaviglia@ag.nv.gov
6  *Attorney for Interested Party,*
      *Nevada State Engineer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*,<br><br>    Defendants. | In Equity No. C–125–RCJ<br><br>Case No. 3:73–cv–00125-RCJ-WGC<br><br>**MOTION FOR<br>SUBSTITUTION OF ATTORNEY<br>FOR INTERESTED PARTY<br>NEVADA STATE ENGINEER** |

The State of Nevada, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, hereby notifies the Court and respective parties to this action that Senior Deputy Attorney General JUSTINA A. CAVIGLIA has assumed responsibility for representing the interests of Interested Party, Jason King, P.E., the State Engineer, in his capacity as the Nevada State Engineer, Department of Conservation and Natural Resources, Division of Water Resources (hereafter "Nevada State Engineer"), in the above-entitled action.

Senior Deputy Attorney General Micheline N. Fairbank has left the office of the Attorney General and is no longer responsible for the handling of this case and should be

/ / /

-1-

1  removed from this Court's docket as counsel of record and removed from electronic notices
2  for this case.
3      Due to this change, it is further requested that all future pleadings be served upon
4  and any contact by court personnel or parties to the above-entitled action be directed to
5  Senior Deputy Attorney General JUSTINA A. CAVIGLIA.
6      DATED this 25th day of April, 2018.

                ADAM PAUL LAXALT
                Attorney General

        By:  /s/ Justina A. Caviglia
                JUSTINA A. CAVIGLIA
                Senior Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 25th day of April, 2018, I served a true and correct copy of the foregoing MOTION FOR SUBSTITUTION OF ATTORNEY FOR INTERESTED PARTY NEVADA STATE ENGINEER, by U.S. District Court CM/ECF electronic filing, which will send notification of such filing to the email addresses that are registered for this case; and I further certify that I served a copy of the foregoing to the following non-CM/EFC participants by U.S. Mail, postage prepaid, addressed to:

    Pinion Ranch Estates, LLC
    1650 Lucerne Street, Suite 201
    Minden, NV 89423

    VGR Limited Partnership
    1650 Lucerne Street, Suite 201
    Minden, NV 89423

**IT IS SO ORDERED**         /s/ Dorene A. Wright

Dated: April 26, 2018

_____
UNITED STATES MAGISTRATE JUDGE

-2-