UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, *et al.*, | Case No. 3:73-cv-00125-MMD-WGC |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | |
| Defendants. | |

The Ninth Circuit Court of Appeals reversed the judgment issued and remanded "with instructions to grant the Petition to Confirm Nevada State Engineer Ruling No. 6271 of March 20, 2014, grant the Petition to Confirm California State Water Resources Control Board Report of May 29, 2014, and modify the Decree accordingly as necessary." (ECF No. 1510 at 59.) Accordingly, the Court vacates the Order (ECF No. 1340) denying (1) the National Fish and Wildlife Foundation's ("NFWF") petition to confirm Nevada State Engineer Ruling No. 6271 and to modify the Decree accordingly (ECF No. 1221) and (2) the Walker River Irrigation District's ("WRID") petition to approve the California State Water Resources Control Board's report and to temporarily modify the Decree consistent with said report (ECF No. 1249). These referenced petitions (ECF Nos. 1221, 1249) are granted. The Court directs the parties to submit a joint status report within fifteen (15) days.

DATED THIS 20th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE