IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> ) <br> vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al. ) <br> ) <br> Defendants. ) | In Equity No. C-125 <br> CV-N-73-125-MMD-WGC <br><br> **ORDER TEMPORARILY MODIFYING WALKER RIVER DECREE** |

Pursuant to the Order on Mandate (ECF #1516) and the Order of July 20, 2018 (ECF #1517), the Petition of Walker River Irrigation District for Temporary Modification of the Walker River Decree in Accordance With the Report of the California State Water Resources Control Board as Special Master (ECF #1249) has been granted.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Paragraph VIII of the Final Decree entered herein on April 15, 1936, as modified April 24, 1940, is temporarily amended by adding the following sentence at the end thereof:

"To the extent that owners of any such lands have elected to participate in the Walker River Irrigation District's Stored Water Program as defined, described and conditioned in the Order Approving Temporary Changes (ECF #1248-2) and in the Order Denying Reconsideration and Modifying the Division's Order Conditionally approving the Petitions (ECF #1248-14), the Walker River Irrigation District may release up to a combined total of 25,000 acre feet of such water so stored in said reservoirs, in the case of Bridgeport Reservoir, from the outlet of said reservoir, including the East Walker River to the confluence of the Walker River and the Walker River to and encompassing Walker Lake, and in the case of Topaz Reservoir from the outlet of said reservoir, including the West Walker River to the confluence of the Walker River and the Walker River to and encompassing Walker Lake, for purposes of fish and wildlife preservation and enhancement."

2. This temporary modification of paragraph VIII of said Decree is subject to and conditioned on compliance with the provisions of the California State Water Resources Control Board's Report as Special Master filed herein on June 2, 2014 (ECF #1248-1; #1248-2; #1248-14).

3. This temporary modification of paragraph VIII of the Walker River Decree will terminate when the temporary changes provided for in the Order of the California State Water Resources Control Board expire as provided in paragraph 1 of that Order (ECF #1248-2), and upon such termination, the sentence added above to the end of paragraph VIII be, and hereby is, *ipso facto* deleted from paragraph VIII without any further action by the Court.

Dated this  7th  day of  November , 2018

By: _____
United States District Judge