ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202 Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-MMD-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **NOTICE OF FILING OF REPORT AND PETITION FOR APPROVAL OF BUDGET, APPROVAL OF RATE OF ASSESSMENT AND SPECIAL ASSESSMENT FOR THE YEAR JULY 1, 2019 THROUGH JUNE 30, 2020, AND FOR APPROVAL OF THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2018** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

TO: ALL INTERESTED PERSONS

YOU ARE HEREBY NOTIFIED that on the 19th day of April, 2019, there was filed in the Office of the Clerk of the above-entitled Court, a Petition for an Order requesting the following:

1. Approving the budget and assessments established by the UNITED STATES BOARD OF WATER COMMISSIONERS on the 15th day of March, 2019;

2. Decreasing the assessment to Three Dollars and Sixty Cents ($3.60) per acre to replenish the fund established to pay the expenses and costs of the UNITED STATES

BOARD OF WATER COMMISSIONERS and establishing a Special Assessment of $40.00 per acre for Program Water; and

3. Approving the audit report for the fiscal year ended June 30, 2018.

YOU ARE FURTHER NOTIFIED that a hearing on the above-entitled Petition, and any objections thereto, will be held in Courtroom No. 5, Federal Building, 400 South Virginia Street, Reno, Nevada, on **Monday, June 3, 2019 at 11:00 a.m.**

YOU ARE FURTHER NOTIFIED that any water users or interested persons may examine the aforesaid budget, rate of assessment and special assessment and Petition for approval of the same, and the said audit report, in the Office of the Clerk of the above-entitled Court at the Federal Building, 400 South Virginia Street, Reno, Nevada, and may, if so desired, file written objections to either or any one of them. Said objections must be filed on or before **Monday, May 20, 2019**, and must be served on the same day on counsel for Petitioners.

If no objections are filed by May 20, 2019, the Court may consider vacating the hearing set for June 3, 2019.

DATED this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

4849-3318-6189, v. 1

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com