ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-MMD-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **ORDER REQUIRING NOTICE OF FILING OF REPORT AND PETITION** |
| Plaintiff-Intervenor, | **FOR APPROVAL OF BUDGET, APPROVAL OF RATE OF ASSESSMENT AND SPECIAL ASSESSMENT** |
| vs. | **FOR THE YEAR JULY 1, 2019 THROUGH JUNE 30, 2020, AND FOR** |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | **APPROVAL OF THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2018** |
| Defendants. | |

GOOD CAUSE APPEARING, upon the Petition of the UNITED STATES BOARD OF WATER COMMISSIONERS, and JOANNE SARKISIAN, CHIEF DEPUTY WATER COMMISSIONER/WATER MASTER;

IT IS HEREBY ORDERED that a hearing on the Report and Petition for Approval of Budget, Approval of Rate of Assessment and Special Assessment for the Year July 1, 2019 through June 30, 2020, and for Approval of the Audit Report for the Year Ended June 30, 2018, filed on the 19th day of April, 2019, is set before this Court on **Monday, June 3, 2019**, at the hour of 11**:00**

1 **a.m.** Notice shall be given by posting and publication. Notice of the filing and the hearing shall be
2 posted at the following locations:

    Commissioner's Office, 410 North Main Street, Yerington, Nevada;
    Lyon County Courthouse, Main Street, Yerington, Nevada;
    Post Office Bulletin Board, Main Street, Yerington, Nevada;
    U.S. Post Office Bulletin Board, Smith, Nevada;
    U.S. Post Office Bulletin Board, Wellington, Nevada;
    U.S. Post Office Bulletin Board, Coleville, California;
    U.S. Post Office Bulletin Board, Schurz, Nevada; and
    U.S. Post Office Bulletin Board, Bridgeport, California.

Notice shall also be given by publication once a week for two successive weeks in the Mason Valley News, Yerington, Nevada; Mammoth Times, Mammoth Lakes, California; and in the Record Courier, Gardnerville, Nevada. Notice of the filing and the hearing shall be submitted to this Court for approval prior to posting and publication.

All persons may appear at the time and place aforesaid to show cause, if any they have, why the prayer of the Petition should not be granted.

DATED this 22nd day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

4850-7074-6253, v. 1

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com