KAREN A. PETERSON, ESQ.
Nevada State Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

Attorneys for the UNITED STATES BOARD
OF WATER COMMISSIONERS and
CHIEF DEPUTY WATER COMMISSIONER/
WATER MASTER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-MMD-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

**STIPULATION TO RESOLVE THE UNITED STATES BOARD OF WATER COMMISSIONERS' AND WATER MASTER'S REQUEST FOR SPECIAL ASSESSMENT AND WALKER BASIN CONSERVANCY'S OBJECTION TO SPECIAL ASSESSMENT AND ORDER**

The UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER/WATER MASTER ("Water Master" and collectively the "Board"), by and through their attorneys, ALLISON MacKENZIE, LTD. and the WALKER BASIN CONSERVANCY (the "Conservancy") by and through its attorneys, WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP, stipulate to resolve the Board's request to levy a special assessment

1

for the 2019–2020 fiscal period for the administration of Program Water as contained in the Board's Report and Petition for Approval of Budget and Approval of Rate of Assessment and Special Assessment for the Year July 1, 2019 Through June 30, 2020, and for Approval of the Audit Report for the Year Ended June 30, 2018 ("Petition") (Doc. 1551) and the Objection of Walker Basin Conservancy to Petition for Approval of Special Assessment (Doc. 1575) as follows:

1. In consideration of the above-referenced parties entering into this Stipulation, the Board has withdrawn its request for a special assessment for the administration of Program Water as contained in the Board's Petition (Doc. 1551).

2. The Conservancy agrees to order its instream flow water rights for Permit 80700 ("Program Water") on a daily basis when in priority in accordance with the Board's Plan of Distribution, namely by placing daily orders for the permitted Program Water in priority with the Walker River Irrigation District, which will relay orders for Program Water to the Water Master along with daily orders for irrigation water.

3. The Water Master shall keep track of her time to administer the Conservancy's Program Water from the Yerington Weir to the Wabuska Gage for the 2019 irrigation season. The Board and the Conservancy reserve their respective rights and positions regarding any future request by the Board for a special assessment or reimbursement based upon special and additional administration, if any, of Program Water from the Yerington Weir to the Wabuska Gage.

4. The Conservancy agrees to reimburse the Board for its reasonable legal and engineering costs incurred to review one or more proposed Orders modifying the Walker River Decree to be submitted to the District Court after any final order of the District Court granting a petition to approve Nevada State Engineer decisions or orders approving the Conservancy's pending instream flow water rights change application numbers 88160, 88161 and 88162.

5. The Board shall periodically provide the Conservancy with an invoice of the legal and engineering costs incurred pursuant to paragraph 4, above, which invoice shall be due and payable within 30 days of receipt of the invoice.

2

6. The Conservancy shall provide the Board with any dispute regarding an invoice within 15 days of receipt of the invoice. If the invoice dispute cannot be resolved, either party hereto may seek relief of the Court to resolve the dispute.

7. The terms of the stipulation shall not be binding on any other parties to the Walker River Decree or to any other users of water subject to the Walker River Decree. The terms of this stipulation only apply to the Board's request to levy a special assessment for the 2019-2020 fiscal period for the administration of Program Water, and the terms of this stipulation shall not be construed as setting a precedent for the matters agreed to herein by the parties to the stipulation for any future change applications by any water user.

The undersigned counsel hereby certify in accordance with Local Rule 7-2(f), the foregoing Stipulation and [Proposed] Order was served on the principal parties participating at the June 3, 2019 hearing and further certify said principal parties approved the proposed Stipulation and [Proposed] Order.

Dated: June 24, 2019     By: */s/ Karen A. Peterson*
Karen A. Peterson, Esq.
Nevada State Bar No. 366
ALLISON MacKENZIE, LTD.
402 North Division Street
Carson City, Nevada 89703
Phone: (775) 687-0202
Fax: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

*Attorney for United States Board of Water Commissioners and Chief Deputy Water Commissioner/Water Master*

Dated: June 24, 2019     By: */s/ Christopher w. Mixson*
Christopher W. Mixson, Esq.
Nevada State Bar No. 10685
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
5594-B Longley Lane
Reno, Nevada 89511
Phone: (775) 853-6787
Fax: (775) 853-6774
Email: cmixson@wrslawyers.com

*Attorneys for Walker Basin Conservancy*

## ORDER

THE STIPULATION TO RESOLVE THE UNITED STATES BOARD OF WATER COMMISSIONERS' AND WATER MASTER'S REQUEST FOR SPECIAL ASSESSMENT AND WALKER BASIN CONSERVANCY'S OBJECTION TO SPECIAL ASSESSMENT IS APPROVED AND IT IS SO ORDERED.

Dated: June 25, 2019.

UNITED STATES DISTRICT JUDGE

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of **ALLISON MacKENZIE, LTD.**, and that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

And further I certify that I also served a copy of the foregoing document on the following non-CM/ECF participants by U.S. Mail, postage prepaid:

| | |
|---|---|
| Bryan Bowker<br>U.S. Department of the Interior<br>Bureau of Indian Affairs – Western Region<br>Division of Natural Resources, MS-460<br>2600 North Central Avenue, 4th Floor<br>Phoenix, AZ 85004 | Tim Wilson, P.E.<br>Dept. of Conservation & Natural Resources<br>Division of Water Resources<br>901 South Stewart Street #2002<br>Carson City, NV 89701 |
| Walker River Irrigation District<br>P.O. Box 820<br>Yerington, NV 89447 | California Water Resources Department<br>1416 Ninth Street<br>Sacramento, CA 95814 |
| Bradley Crowell, Director<br>Dept. of Conservation & Natural Resources<br>State of Nevada<br>901 South Stewart Street #1003<br>Carson City, NV 89701 | |

DATED this 24th day of June, 2019.

*/s/ Nancy Fontenot*
NANCY FONTENOT

4848-8951-2344, v. 1

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202 Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com