RODERICK E. WALSTON
*Pro hac vice* (Cal. Bar No. 32675)
MILES B. H. KRIEGER
*Pro hac vice* (Cal. Bar No. 309797)
BEST BEST & KRIEGER LLP
2001 North Main Street, Suite 390
Walnut Creek, CA 94596
Telephone: (925) 977-3300
Email: roderick.walston@bbklaw.com;
miles.krieger@bbklaw.com

Attorneys for Defendant
Centennial Livestock

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>　　　　Defendants. | Case No. 3:73-cv-000125-MMD-WGC<br>In Equity No. C-125<br>Subfiles, C-125A, C-125B and C-125C<br><br>**ORDER ON MOTION TO TRANSFER VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

**[ORDER**

THE COURT HEREBY GRANTS this Motion to Transfer Miles B. H. Krieger's VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL in Case No. 3:73-cv-00125-MMD-WGC to Case No. 3:73-cv-00127-MMD-WGC (In Equity C-125-B).

IT IS SO ORDERED:

DATED: July 11, 2019

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 11, 2019, I electronically filed the documents listed below |
| 3 | with the U.S. District Court for the District of Nevada via the CM/ECF system, and that service |
| 4 | will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, |
| 5 | which will send notification of such filing to their email addresses: |

1. Motion to Transfer Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel; Memorandum of Points and Authorities In Support Thereof, and

2. [PROPOSED] Order on Motion to Transfer Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel

Dated: July 11, 2019　　　　　　　　　　BEST BEST & KRIEGER LLP

　　　　　　　　　　　　　　　　　　By: /s/ Miles B. H. Krieger
　　　　　　　　　　　　　　　　　　　　MILES B. H. KRIEGER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Centennial Livestock