Simeon M. Herskovits, Nevada State Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, NM 87529
Phone: (575) 758-7202
E-Mail: simeon@communityandenvironment.net
E-Mail: iris@communityandenvironment.net

Sean A. Rowe, Nevada State Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-Mail: srowe@mineralcountynv.org

Cheri K. Emm-Smith, Nevada State Bar No. 3055
P.O. Box 67
Schurz, NV 89427
Phone: (775) 217-5971
E-Mail: emmsmithlaw@gmail.com

*Attorneys for Mineral County, Nevada and Walker Lake Working Group*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br> v. <br><br> WALKER RIVER IRRIGATION DISTRICT, et al., <br><br> Defendants. | IN EQUITY NO. C-125 <br><br> 3:73-CV-0125-MMD-WGC <br><br> STIPULATION FOR SUBSTITUTION OF RESIDENT ATTORNEY FOR SERVICE OF PROCESS |

Pursuant to LR IA 10-6(c) and LR IA 10-1(b)(2), Plaintiff-Intervenor Mineral County, Nevada and Defendant Walker Lake Working Group hereby substitute Sean A. Rowe, Nevada State Bar Number 10977, in place and stead of Cheri K. Emm-Smith, as the licensed Nevada attorney maintaining an office in Nevada registered to receive papers, process, and pleadings.

DATED: 7/31/19 _____
Chris Hegg, Chairman
Mineral County Board of Commissioners

DATED: 7/31/2019 _____
~~Marlene Bunch~~, President  Glen Bunch
Walker Lake Working Group

I consent to the above substitution.

DATED: 7-17-2019 _____
Cheri K. Emm-Smith
Mineral County and Walker Lake Working Group
Resident Counsel

DATED: 5/31/19 _____
Simeon M. Herskovits
Mineral County and Walker Lake Working Group
Counsel of Record

I am duly admitted to practice in this district.

Above substitution accepted.

DATED: 31 July 2019 _____
Sean A. Rowe
Mineral County and Walker Lake Working Group
Substituted Resident Counsel

APPROVED

DATED: August 1, 2019 _____

_____
William G. Cobb
UNITED STATES MAGISTRATE JUDGE

Page 2 of 3

Respectfully submitted this 31st day of July, 2019.

_____
Cheri K. Emm-Smith, Nevada State Bar No. 3055
P.O. Box 67
Schurz, NV 89427
Phone: (775) 217-5971
E-Mail: emmsmithlaw@gmail.com

_____
Simeon M. Herskovits, Nevada State Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, NM 87529
Phone: (575) 758-7202
E-Mail: simeon@communityandenvironment.net
E-Mail: iris@communityandenvironment.net

_____
Sean A. Rowe, Nevada State Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-Mail: srowe@mineralcountynv.org