ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202 Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-MMD-WGC |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **NOTICE OF FILING OF REPORT AND PETITION FOR APPROVAL OF BUDGET AND APPROVAL OF RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2020 THROUGH JUNE 30, 2021, AND FOR APPROVAL OF THE AUDIT REPORT FOR <u>THE YEAR ENDED JUNE 30, 2019</u>** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

TO: ALL INTERESTED PERSONS

YOU ARE HEREBY NOTIFIED that on the 9th day of April, 2020, there was filed in the Office of the Clerk of the above-entitled Court, a Petition for an Order requesting the following:

1. Approving the budget and assessment established by the UNITED STATES BOARD OF WATER COMMISSIONERS on the 20th day of March, 2020;

2. Decreasing the assessment to Three Dollars and Forty Cents ($3.40) per acre to replenish the fund established to pay the expenses and costs of the UNITED STATES BOARD OF WATER COMMISSIONERS; and

3. Approving the audit report for the fiscal year ended June 30, 2019.

YOU ARE FURTHER NOTIFIED that a hearing on the above-entitled Petition, and any objections thereto, will be held in Courtroom No. 5, Federal Building, 400 South Virginia Street, Reno, Nevada, on **Thursday, May 21, 2020 at 1:30 p.m. via telephonic conference call.***

YOU ARE FURTHER NOTIFIED that any water users or interested persons may request a copy of the aforesaid budget, rate of assessment and Petition for approval of the same, and the said audit report, by contacting the Water Master at (775) 463-3540 or joanne@usbwc.org or Karen Peterson, Esq. at (775) 687-0202 or kpeterson@allisonmackenzie.com, and may, if so desired, file written objections to either or any one of them. Said objections must be filed on or before **Thursday, May 7, 2020**, and must be served on the same day on counsel for Petitioners.

If no objections are filed by May 7, 2020, the Court may consider vacating the hearing set for May 21, 2020.

DATED this 10th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

4852-0726-7768, v. 1

*Telephone number to call is 1-888-251-2909, code 3803398, password 052120.

-2-