**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO.C-125 |
| Plaintiffs, | CASE NO.: 3-73-CV-00125-MMD-WGC |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | **ORDER ESTABLISHING DATE FOR THE FILING OF OPPOSITIONS TO THE PETITIONS OF THE WALKER BASIN CONSERVANCY TO MODIFY THE WALKER RIVER DECREE TO CONFORM WITH NEVADA STATE ENGINEER INSTREAM FLOW WATER RIGHTS PERMIT NOS. 88160, 88161 AND 88162** |
| Defendants. | |

On June 30, 2020, the Walker Basin Conservancy filed its Petition For Modification of Walker River Decree Regarding Water Rights Permit Nos. 88160, 88161 and 88162. ECF No. 1639 (the "Petition"). Also on June 30, 2020, the Walker Basin Conservancy filed its Motion to Establish Schedule Concerning Its Petition. ECF No. 1640 (the "Motion"). Article VII of the 1996 Administrative Rules and Fed. R. Civ. P. 53(f) contemplate proceedings for the Court to consider the Petition and the proposed modifications of the Walker River Decree in accordance with the Permits.

BASED UPON THE FOREGOING AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that any entity or person who participated as a party to the proceedings before the Nevada State Engineer with respect to Permit Nos. 88160, 88161, and 88162 shall have until ___September 14___, 2020, in which to file any response or opposition to the Petition of the Walker Basin Conservancy to Modify the Walker River Decree to Conform with Nevada State Engineer Instream Flow Water Rights Permit Nos. 88160, 88161, and 88162 (ECF No. 1639).

**IT IS SO ORDERED.**

Dated: August 31, 2020

_____
District Court Judge