Eric Grant
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

**Andrew "Guss" Guarino /Tyler J. Eastman / Marisa J. Hazell**
Trial Attorneys, Indian Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Office: 303-844-1343 Fax: 303-844-1350
E-mail: guss.guarino@usdoj.gov
and
P.O. Box 7611
Washington, D.C. 20044
Office: 202-305-0264, 202-307-2291
 Fax: 202-305-0275
E-mail: tyler.eastman@usdoj.gov
            marisa.hazell@usdoj.gov

**David L. Negri**
Trial Attorney, Natural Resources Section
c/o US Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
Tel: (208) 334-1936; Fax: (208) 334-1414
E-mail: david.negri@usdoj.gov

Attorneys for the United States

**Wes Williams, Jr.**
Nevada Bar #6864
Law Offices of Wes Williams Jr., P.C.
3119 Lake Pasture Rd.
P.O. Box 100
Schurz, Nevada 89427
Phone: 775-530-9789
E-mail: wwilliamslaw@gmail.com

**Alice E. Walker**
**Gregg H. De Bie**
Meyer, Walker, Condon & Walker, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Phone: 303-442-2021
Fax: 303-444-3490
E-mail: awalker@mmwclaw.com
            gdebie@mmwclaw.com

Attorneys for the Walker River Paiute Tribe

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br><br> Defendants. | IN EQUITY NO. C-125-MMD <br> Subproceeding: 3:73-CV-00125-MMD-WGC <br><br> **STATUS REPORT AND STIPULATION AND REQUEST FOR ORDER ON BRIEFING** |

STATUS REPORT AND STIPULATION AND REQUEST FOR ORDER ON BRIEFING

The United States, the Walker River Paiute Tribe (Tribe), the Walker River Irrigation District (WRID), and the United States Board of Water Commissioners for the Walker River (USBWC) (collectively, Parties), by and through their undersigned counsel, jointly submit to the Court this Status Report and Stipulation and Request for Order on Briefing regarding the annual initiation of the Tribe's irrigation season.

1. In response to the *Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2020 Through June 30, 2021, and for Approval of the Audit Report for the Year Ended June 30, 2019* (ECF No. 1605) (*Report and Petition*), the Tribe and the United States objected to the proposed report concerning the initiation of the Tribe's irrigation season. *Joint Comments/Objections of the Walker River Paiute Tribe and the United States of America to the Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2020 through June 30, 2021, and for Approval of the Audit Report for the Year Ended June 30, 2019* (ECF No 1617).

2. The Court approved the Report and Petition. In response to the objection filed by the Tribe and the United States (ECF No. 1617), the Court encouraged the Parties "to discuss the matter and file a motion if they cannot resolve the issue." *Minutes of Proceeding* (ECF No. 1625).

3. On May 21, 2020, the Court ordered that if the Parties were unable to resolve the dispute, the United States and Tribe should file a motion(s), on or before August 31, 2020, with responses due on September 30, 2020, and replies due on October 16, 2020. *Minutes of Proceeding* (ECF No. 1625).

4. Because the Parties made progress to resolve their differences concerning the objection previously filed (ECF No. 1617) but had not yet reached an agreement, the Parties requested an extension to continue to attempt to resolve the dispute by agreement and vacate the briefing deadlines.

5. In the August 31, 2020 *Minute Order* (ECF No. 1643), the Court vacated the briefing deadlines established in the May 21, 2020 *Minute Order* and required a joint status report to be filed by September 30, 2020.

STATUS REPORT AND STIPULATION AND REQUEST FOR ORDER ON BRIEFING

6. The Parties remain open to the possibility of resolving their dispute through agreement but have not reached a resolution at this time. The Parties believe the proposed schedule should allow for a ruling on the issue of the irrigation season start date for the Walker River Indian Reservation without interfering with the 2021 irrigation season which commences March 1, 2021.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows and request that the Court enter an order accordingly:

1. The Tribe and United States will file motion(s) on or before October 16, 2020.
2. USBWC and WRID will file responses on or before November 20, 2020.
3. The Tribe and United States will file replie(s) on or before December 11, 2020.
4. The Parties shall immediately inform the Court if they have resolved their dispute through agreement.

Dated:  September 30, 2020

LAW OFFICES OF WES WILLIAMS, JR., P.C.

By: /s/ Wes Williams, Jr.
      (per authorization)
      Wes Williams, Jr., NSB 9864

3119 Pasture Rd.
P.O. Box 100
Schurz, Nevada 89427

MEYER, WALKER, CONDON & WALKER, P.C.

By: /s/ Alice E. Walker
      (per authorization)
Alice E. Walker
Gregg H. De Bie
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
*Attorneys for the Walker River Paiute Tribe*

ALLISON MACKENZIE, LTD.

By: /s/ Karen A. Peterson
      (per authorization)
      Karen A. Peterson, Esq., NSB 0366

402 North Division Street
Carson City, NV 89703
*Attorneys for the United States Board of Water Commissioners for the Walker River*

STATUS REPORT AND STIPULATION AND REQUEST FOR ORDER ON BRIEFING

| | |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | WOODBURN AND WEDGE |
| By: /s/ Guss Guarino | By: /s/ Gordon H. DePaoli |
|     Guss Guarino |     (per authorization) |
|     Tyler J. Eastman |     Gordon H. DePaoli, NSB 195 |
|     Marisa J. Hazell | |
| | 6100 Neil Road, Suite 500 |
| Trial Attorneys, Indian Resources Section | Reno, Nevada 89511 |
| 999 18th Street, South Terrace, Suite 370 | *Attorneys for Walker River Irrigation District* |
| Denver, Colorado 80202 | |
| and | |
| P.O. Box 7611 | |
| Washington, D.C. 20044 | |

David L. Negri
Trial Attorney, Natural Resources Section
c/o US Attorney's Office
800 Park Blvd., Suite 600
Boise, Idaho 83712
*Attorneys for the United States*

**ORDER**

Dated: __September 30__, 2020. IT IS SO ORDERED.

                                                  Miranda M. Du
                                                  Chief United States District Judge

**Certificate of Service**

      It is hereby certified that on September 30, 2020 service of the foregoing was made through the court's electronic filing and notice system (CM/ECF) to all of the registered participants..

      /s/ Andrew "Guss" Guarino
          Andrew "Guss" Guarino

STATUS REPORT AND STIPULATION AND REQUEST FOR ORDER ON BRIEFING