# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) In Equity No. C-125 |
| | ) 3:73-cv-00125-MMD-WGC |
| Plaintiff, | ) |
| | ) |
| WALKER RIVER PAIUTE TRIBE, | ) |
| | ) **ORDER ESTABLISHING DATE** |
| Plaintiff-Intervenor, | ) **FOR THE FILING OF** |
| | ) **OPPOSITIONS TO THE PETITION** |
| vs. | ) **OF FLYING A LIMITED** |
| | ) **PARTNERSHIP TO MODIFY THE** |
| WALKER RIVER IRRIGATION DISTRICT, | ) **WALKER RIVER DECREE TO** |
| a corporation, et al., | ) **CONFORM WITH NEVADA** |
| | ) **STATE ENGINEER PERMIT NO.** |
| Defendants. | ) **90429** |
| | ) |

On July 8, 2021, the Flying A Limited Partnership filed its Petition for Modification of Walker River Decree Regarding Water Right Permit No. 90429 (ECF 1682) (the "Petition"). On August  6 , 2021, the Flying A Limited Partnership filed its Motion to Establish Schedule Concerning Its Petition (ECF 1684) (the "Motion"). Article VII of the 1996 Administrative Rules and Fed. R. Civ. P. 53(f) contemplate proceedings for the Court to consider the Petition and the proposed modification of the Walker River Decree in accordance with the Permit.

BASED UPON THE FOREGOING AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that any entity or person who participated as a party to the proceedings before the Nevada State Engineer with respect to Permit No. 90429 shall have until  August 24 , 2021 in which to file any response or opposition to the Petition of Flying A

-1-

Limited Partnership to Modify the Walker River Decree to conform with Nevada State Engineer Water Right Permit No. 90429 (ECF 1682).

**IT IS SO ORDERED.**

Dated: __August 9_____, 2021.

_____
UNITED STATES DISTRICT JUDGE

~~EXHIBIT A~~                                                       -2-