AARON D. FORD
 Attorney General
ANTHONY J. WALSH, (NV Bar #14128)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1213
Ajwalsh@ag.nv.gov

*Attorneys for Nevada Department of Wildlife*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* | IN EQUITY NO. C-125-MMD |
| Plaintiffs, | Subproceeding: 3:73-CV-00125-MMD-WGC |
| vs. | |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | **ORDER GRANTING** |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*, | **SUBSTITUTION OF COUNSEL** |
| Defendants. | |
| MINERAL COUNTY, | |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

The State of Nevada, by and through counsel, AARON D. FORD, Attorney General of the State of Nevada, hereby notifies the Court and respective parties to this action that Deputy Attorney General ANTHONY J. WALSH has assumed responsibility for representing the interests of the State of Nevada, *ex rel.*, the Nevada Department of Wildlife ("NDOW"), in the above-entitled action.

Page **1**

     Deputy Attorney General Tori N. Sundheim is no longer responsible for handling of this case and should be removed from this Court's docket as counsel of record.

     Due to this change, it is further requested that all future pleadings be served upon and any contact by court personnel or parties to the above-entitled action be directed to Deputy Attorney General ANTHONY J. WALSH.

     DATED this 24th day of September, 2021.

> AARON D. FORD
> Attorney General
>
> By: */s/ Anthony J. Walsh*
>     ANTHONY J. WALSH, (NV State Bar 14128)
>     Deputy Attorney General
>     State of Nevada
>     Office of the Attorney General
>     100 North Carson Street
>     Carson City, Nevada 89701-4717
>     T: (775) 684-1213
>     E: Ajwalsh@ag.nv.gov
>
> *Attorneys for Respondent,*
>   *Nevada Department of Wildlife*

IT IS SO ORDERED.

DATED: September 29, 2021.

                                       *William G. Cobb*
                                      UNITED STATES MAGISTRATE JUDGE