IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF *NEVADA*

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al. <br><br> Defendants. | In Equity No. C-125 <br> CV-N-73-125-MMD-CSD <br><br> **ORDER ESTABLISHING DATE FOR OPPOSING WALKER RIVER IRRIGATION DISTRICT'S PETITION FOR APPROVAL OF THE REPORT OF CALIFORNIA STATE WATER RESOURCES CONTROL BOARD AS SPECIAL MASTER AND FOR TEMPORARY MODIFICATION OF THE WALKER RIVER DECREE IN ACCORDANCE THEREWITH** |

1. On April 4, 2022, the Walker River Irrigation District filed its Petition for Approval of the Report of California State Water Resources Control Board as Special Master and for Temporary Modification of the Walker River Decree in Accordance Therewith (the "Petition"), which Report was filed herein on April 1, 2022.

2. Also on April 4, 2022, the Walker River Irrigation District filed a Motion to Establish Schedule Concerning Its Petition for Approval of the Report of the California State Water Resources Control Board as Special Master and for Temporary Modification of the Walker River Decree in Accordance Therewith.

-1-

1  BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS
2  HEREBY ORDERED that any entity or person who participated as a party to the proceedings
3  before the California State Water Resources Control Board shall have until __May 4__
4  _____, 2022 in which to file any response or opposition to the District's Petition and Replies
5  shall be ~~due ____ days thereafter.~~ May 18, 2022.

   Dated this _5th_ day of April, 2022.

   _____
   UNITED STATES DISTRICT JUDGE