KAREN A. PETERSON, ESQ.
Nevada State Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

Attorneys for the UNITED STATES BOARD
OF WATER COMMISSIONERS and
CHIEF DEPUTY WATER COMMISSIONER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00125-MMD-CSD |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO MOTION OF WALKER BASIN CONSERVANCY FOR ORDER OF THE COURT DIRECTING CHIEF DEPUTY WATER COMMISSIONER TO FULLY ADMINISTER APPROVED INSTREAM FLOW PERMITS [ECF 1734] (First Request)**

The UNITED STATES BOARD OF WATER COMMISSIONERS ("Board") and CHIEF DEPUTY WATER COMMISSIONER ("Water Master"), the WALKER BASIN CONSERVANCY ("Conservancy") and WALKER RIVER IRRIGATION DISTRICT ("WRID"), have conferred and agree to extend the deadline for Responses to the Conservancy's Motion for Order of the Court Directing Chief Deputy Water Commissioner to Fully Administer Approved Instream Flow Permits [ECF 1734] ("Motion") from September 8, 2022 to September 20, 2022.

NOW THEREFORE, the parties hereto hereby stipulate and agree as follows:

1. Any party to this action shall have up to and including September 20, 2022, in which to file and serve a Response to the Conservancy's Motion.

DATED this 7th day of September, 2022.

          **ALLISON MacKENZIE, LTD.**
          402 North Division Street
          Carson City, NV 89703

By:   */s/ Karen A. Peterson*
       KAREN A. PETERSON, ESQ. (NSB 366)

Attorneys for UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER

DATED this 7th day of September, 2022.

          **KEMP JONES, LLP**
          3800 Howard Hughes Parkway, 17th Floor
          Las Vegas, NV 89169

By:   */s/ Christopher W. Mixson*
       DON SPRINGMEYER, ESQ. (NSB 1021)
       CHRISTOPHER W. MIXSON, ESQ. (NSB 10685)

Attorneys for WALKER BASIN CONSERVANCY

DATED this 7th day of September, 2022.

          **WOODBURN AND WEDGE**
          6100 Neil Road, Suite 500
          Reno, NV 89511

By:   */s/ Gordon H. DePaoli*
       GORDON H. DEPAOLI (NSB 195)
       DALE E. FERGUSON (NSB 4986)

Attorneys for WALKER RIVER IRRIGATION DISTRICT

///
///
///
///

**ORDER**

The Court having considered the Stipulation, hereby orders:

1. Any party to this action shall have up to and including **September 20, 2022**, in which to file and serve a Response to the Conservancy's Motion.

**IT IS SO ORDERED.**

Dated:  September 9, 2022

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of **ALLISON MacKENZIE, LTD.**, and that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

And further I certify that I also served a copy of the foregoing document on the following non-CM/ECF participants by U.S. Mail, postage prepaid:

Bryan Bowker
U.S. Department of the Interior
Bureau of Indian Affairs – Western Region
Division of Natural Resources, MS-460
2600 North Central Avenue, 4th Floor
Phoenix, AZ  85004

Adam Sullivan, P.E.
Dept. of Conservation & Natural Resources
Division of Water Resources
901 South Stewart Street #2002
Carson City, NV  89701

Walker River Irrigation District
P.O. Box 820
Yerington, NV  89447

California Water Resources Department
715 P Street
Sacramento, CA  95814

Jim Lawrence, Acting Director
Dept. of Conservation & Natural Resources
State of Nevada
901 S. Stewart Street #1003
Carson City, NV  89701

DATED this 7th day of September, 2022.

                      */s/ Nancy Fontenot*
                      NANCY FONTENOT

4871-3896-8625, v. 1

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com