**KEMP JONES, LLP**
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Walker Basin Conservancy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, *et al.*,<br><br>Defendants. | IN EQUITY NO. C-125<br><br>CASE NO.: 3:73-CV-00125-MMD-WGC<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER OF THE COURT DIRECTING CHIEF DEPUTY WATER COMMISSIONER TO FULLY ADMINISTER APPROVED INSTREAM FLOW PERMITS**<br><br>**(First Request)** |

The Walker Basin Conservancy ("Conservancy"), United States Board of Water Commissioners/Federal Water Master ("Water Master"), and Walker River Irrigation District ("WRID"), by and through their respective undersigned attorneys, have conferred and agree to stipulate and request an order of the Court extending the deadline for the Conservancy's reply in support of the pending Motion of the Walker Basin Conservancy for an Order of the Court Directing the Chief Deputy Water Commissioner to Fully Administer Approved Instream Flows (ECF No. 1734) (the "Motion"), as follows:

1. The current deadline to file the Conservancy's reply in support of the Motion is September 27, 2022.

2. The Conservancy shall have up to and including October 11, 2022, in which to reply in support of the Motion.

/ / /

/ / /

DATED: September 22, 2022.

**KEMP JONES, LLP**

By: /s/ Christopher W. Mixson
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Attorneys for WALKER BASIN CONSERVANCY

DATED: September 22, 2022.

**ALLISON MacKENZIE, LTD.**

By: /s/ Karen Peterson
Karen A. Peterson, Esq. (NSB 366)
402 North Division Street
Carson City, NV 89703

Attorneys for UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER

DATED: September 22, 2022.

**WOODBURN AND WEDGE**

By: /s/ Dale Ferguson
Gordon H. DePaoli (NSB 195)
Dale E. Ferguson (NSB 4986)
6100 Neil Road, Suite 500
Reno, NV 89511

Attorneys for WALKER RIVER IRRIGATION DISTRICT

**ORDER**

THE STIPULATION IS APPROVED AND IT IS SO ORDERED.

DATED: September 27, 2022

UNITED STATES DISTRICT JUDGE