KAREN A. PETERSON, ESQ.
Nevada State Bar No. 0366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Facsimile: (775) 882-7918
Email: kpeterson@allisonmackenzie.com

Attorneys for the UNITED STATES BOARD
OF WATER COMMISSIONERS and
CHIEF DEPUTY WATER COMMISSIONER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-CV-00125-MMD-CSD |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

**NOTICE OF VACANCY IN DIVISION NO. 6, UNITED STATES BOARD OF WATER COMMISSIONERS**

**TO ALL INTERESTED PERSONS:**

**NOTICE IS HEREBY GIVEN** of a vacancy on the UNITED STATES BOARD OF WATER COMMISSIONERS to represent Division No. 6. Division No. 6 is "That area consisting of lands served from the West Walker River and its tributaries above Topaz Lake Intake Canal and consisting principally of Antelope Valley".

**DUTIES OF THE UNITED STATES BOARD OF WATER COMMISSIONERS:** The UNITED STATES BOARD OF WATER COMMISSIONERS shall apportion and distribute the waters of the Walker River, its forks and tributaries in the State of Nevada and the State of California and shall enforce the rules and regulations that have been adopted and approved by the Court as to the administration and distribution of waters pursuant to the Walker River Decree, In Equity C-125.

**QUALIFICATIONS:** To be qualified for appointment on the UNITED STATES BOARD OF WATER COMMISSIONERS, a nominee must meet the following standards:

1. The nominee must own water rights in Division No. 6 under the Walker River Decree, In Equity C-125;
2. The nominee must be competent to perform the duties of the office, of good moral character, and capable of responsible deliberation and decisions consistent with the Walker River Decree and rules and regulations approved by the Court when required to act;
3. The nominee's land being served by the water right of the Walker River Decree must be within Division No. 6. Division No. 6 consists of those irrigated lands served from the West Walker River and its tributaries above Topaz Lake Intake Canal and consisting principally of Antelope Valley; and
4. The applicant must not be related by blood or marriage to a judge of the appointing Court at the time of the initial appointment.

**APPLICATION FORMS:** Any interested party may obtain an application form by writing to Debra K. Kempi, Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501, or emailing Lia Griffin at lia_griffin@nvd.uscourts.gov, stating a wish to be considered for appointment to the UNITED STATES BOARD OF WATER COMMISSIONERS, Division No. 6. A formal application will be provided by the Clerk of the Court. In addition, the application form may be obtained from Joanne Sarkisian, Chief Deputy Water Commissioner, at Joanne@usbwc.org.

**FINAL DATE FOR CONSIDERATION:** All interested parties must submit a completed application form on or before February 28, 2023, to Debra K. Kempi, Clerk of the Court,

400 South Virginia Street, Reno, Nevada 89501, or by email to Lia Griffin at lia_griffin@nvd.uscourts.gov.

DATED THIS 12th Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE