ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00125-MMD-CSD |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

**ORDER APPOINTING MEMBER OF BOARD OF THE UNITED STATES WATER COMMISSIONERS FOR DIVISION 6**

The resignation of Commissioner Bruce Park from the United States Board of Water Commissioners having been received by the Court and having been accepted, and due notice having been given of the vacancy on the Board occasioned by Mr. Park's resignation, and it appearing that four applications have been received by the Court for the said position; and

It further appearing that the United States Board of Water Commissioners has recommended the appointment of Harold J. Curti, Jr. to succeed Commissioner Park; (ECF No.

1787) and the Court having duly considered the appointment and the files and records herein pertaining to the same and to the administration of the Decree,

**NOW, THEREFORE**, and good cause appearing, **IT IS ORDERED** that Harold J. Curti, Jr. be, and he hereby is, appointed as a member of the Board of the United States Water Commissioners to succeed Bruce Park to represent Division No. 6, all in accordance with the Court Decree, In Equity C-125, to serve as a member of such Board until the further order of this Court.

DATED: June 15, 2023.

_____
UNITED STATES DISTRICT JUDGE

4869-1847-1786, v. 1