ALEXA V. PENALOSA
Trial Attorney
Arizona Bar No. 038005
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 294-3569
alexa.penalosa@usdoj.gov
*Attorney for Federal Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, et al., | IN EQUITY NO. C-125 |
|---|---|
| Plaintiffs, | Case No. 3:73-cv-00125-MMD-CSD |
| v. | |
| Walker River Irrigation District, et al., | **Notice of Appearance and Substitution of Counsel** |
| Defendants. | |

    Pursuant to Local Rule IA 11-3 and 11-6, Plaintiff United States of America moves to enter the appearance of its attorney Alexa V. Penalosa in substitution of its previous attorney David L. Negri. Ms. Penalosa is an attorney with the U.S. Department of Justice, Environmental and Natural Resources Division, Natural Resources Section, and is admitted as an attorney to the District of Nevada. The United States respectfully requests that the Court enter the appearance of Ms. Penalosa and that it withdraws attorney David L. Negri. Mr. Negri has retired, is longer with the U.S. Department of Justice, and should be removed from the Court's CM/ECF system in this action.

    Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Alexa Penalosa
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611

Express deliveries (courier, etc.) should be addressed as follows:

Alexa Penalosa
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002

Ms. Penalosa may be reached by telephone at (202) 294-3569 and by email at alexa.penalosa@usdoj.gov.

Ms. Penalosa is registered with the Court's CM/ECF system for electronic filing using the email address set forth above. Ms. Penalosa is a member of the bar of the State of Arizona, and her bar identification number is 038005.

Respectfully submitted this 6th day of February 2024.

      /s/ *Alexa V. Penalosa*
ALEXA V. PENALOSA
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section

Counsel of Record for the United States

**IT IS SO ORDERED.**

Dated this 7th day of February 2024.

_____
United States Magistrate Judge