1  AARON D. FORD
     Attorney General
2  NICOLE N. TING (Bar No. 12289)
     Deputy Attorney General
3  Office of the Attorney General
   100 North Carson Street
4  Carson City, Nevada 89701-4717
   T:  (775) 684-1213
5  E:  nnting@ag.nv.gov

6  *Attorneys for Nevada Department of Wildlife*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | In Equity No. C–125–MMD |
|---|---|
| Plaintiff, | Case No. 3:73–cv–00125-MMD-CSD |
| WALKER RIVER PAIUTE TRIBE, | ORDER GRANTING |
| Plaintiff-Intervenor, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*, | |
| Defendants. | |

The State of Nevada, *ex rel.*, its Nevada Department of Wildlife ("NDOW") by and through counsel, Attorney General for the State of Nevada AARON D. FORD, hereby notifies the Court and respective parties to this action that NICOLE N. TING, Deputy Attorney General, has assumed responsibility for representing the interests of the Defendant/Respondent and the interests of the State of Nevada in the above-entitled action.

///

///

///

///

Page **1**

     Senior Deputy Attorney General ANTHONY J. WALSH is no longer the attorney responsible for the handling of this case for the Office of the Attorney General and should be removed as attorney of record for the Defendant/Respondent in this case.  It is hereby requested that all further pleadings be served on me and that any contact by the court personnel or plaintiff be directed to my attention.

     DATED this 5th day of March, 2024.

                                      AARON D. FORD
                                      Attorney General

                                      By: */s/ Nicole N. Ting*
                                          NICOLE N. TING (Bar No. 12289)
                                          Deputy Attorney General
                                      Office of the Attorney General
                                      100 North Carson Street
                                      Carson City, Nevada 89701-4717
                                      T: (775) 684-1213
                                      E: nnting@ag.nv.gov

                                      *Attorneys for Nevada Dept. of Wildlife*

IT IS SO ORDERED.

DATED: March 6, 2024.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE