**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO.C-125 |
| Plaintiffs, | CASE NO.: 3-73-CV-00125-MMD-WGC |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | **ORDER ESTABLISHING DATE FOR THE FILING OF OPPOSITIONS TO THE JOINT PETITION OF THE NEVADA DEPARTMENT OF WILDLIFE AND WALKER BASIN CONSERVANCY TO TEMPORARILY MODIFY THE WALKER RIVER DECREE TO CONFORM WITH NEVADA STATE ENGINEER INSTREAM FLOW WATER RIGHTS PERMIT NO. 92910-T** |
| Defendants. | |

On March 13, 2024, the Nevada Department of Wildlife ("NDOW") and the Walker Basin Conservancy ("Conservancy") filed a Joint Petition For Temporary Modification of Walker River Decree Regarding Water Rights Permit No. 92910-T.  ECF No. 1807 (the "Petition").  Also on March 13, 2024, NDOW and the Conservancy filed a Joint Motion to Establish Schedule Concerning the Petition.  ECF No. 1808 (the "Motion").  Article VII of the 1996 Administrative Rules and Fed. R. Civ. P. 53(f) contemplate proceedings for the Court to consider the Petition and the proposed modifications of the Walker River Decree in accordance with the Permit.

**BASED UPON THE FOREGOING AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that any entity or person who participated as a party to the proceedings before the Nevada State Engineer with respect to Permit No. 92910-T shall have until March 20, 2024, in which to file any response or opposition to the Joint Petition of NDOW and the Conservancy to Temporarily Modify the Walker River Decree to Conform with Nevada State Engineer Instream Flow Water Rights Permit No. 92107-T (ECF No. 1807).  If no written oppositions are filed with the Court, then NDOW and the Conservancy shall file a notice of non-opposition to the Petition and shall request that the Court immediately enter an order approving the Permit and temporarily modifying the Walker River Decree as set forth in the Proposed Order

1  provided as Attachment B to the Petition (ECF No. 1807-2).  If any written opposition to the

2  Petition is filed, then pursuant to Fed. R. Civ. P. 16(a) and L.R. 16-2, NDOW and the

3  Conservancy shall request that the Court immediately schedule a case management conference to

4  allow the Court and the parties to establish an expedited schedule for processing the Petition and

5  any oppositions to it.

6

7  / / /

8

9  / / /

10

11  / / /

12

13  / / /

14

15  / / /

16

17  / / /

18

19  / / /

20

21  / / /

22

23  / / /

24

25  **IT IS SO ORDERED.**

26  Dated:_____March 13, 2024_____

27  _____
   District Court Judge

28

2