ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　Defendants.<br>_____/ | 3:73-CV-00125-MMD-CSD<br><br>In Equity No. C-125<br><br>**ORDER REGARDING FILING OF REPORT AND PETITION FOR APPROVAL OF BUDGET AND APPROVAL OF RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2024 THROUGH JUNE 30, 2025, AND FOR APPROVAL OF THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2023** |

TO:   ALL INTERESTED PERSONS

　　　YOU ARE HEREBY NOTIFIED that on the 22nd day of April, 2024, there was filed in the Office of the Clerk of the above-entitled Court, a Petition for an Order requesting the following:

　　1.　Approving the budget and assessment established by the UNITED STATES BOARD OF WATER COMMISSIONERS on the 29th day of March, 2024;

　　2.　Continuing the assessment of Three Dollars and Fifty Cents ($3.50) per acre to replenish the fund established to pay the expenses and costs of the UNITED STATES BOARD OF WATER COMMISSIONERS; and

3. Approving the audit report for the fiscal year ended June 30, 2023.

YOU ARE FURTHER NOTIFIED that a hearing on the above-entitled Petition, and any objections thereto, will be held in Courtroom No. 5, Federal Building, 400 South Virginia Street, Reno, Nevada, on **Monday, May 20, 2024 at 11:00 a.m.**

YOU ARE FURTHER NOTIFIED that any water users or interested persons may request a copy of the aforesaid budget, rate of assessment and Petition for approval of the same, and the said audit report, by contacting the Water Master at (775) 463-3540 or joanne@usbwc.org or Karen Peterson, Esq. at (775) 687-0202 or kpeterson@allisonmackenzie.com, and may, if so desired, file written objections to either or any one of them. Said objections must be filed on or before **Monday, May 13, 2024**, and must be served on the same day on counsel for Petitioners.

If no objections are filed by May 13, 2024, the Court may consider vacating the hearing set for May 20, 2024.

DATED THIS 23rd Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE