IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF *NEVADA*

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) In Equity No. C-125 |
| Plaintiff, | ) 3:73-cv-00125-MMD-CSD ) |
| WALKER RIVER PAIUTE TRIBE, | ) |
| Plaintiff-Intervenor, | ) **ORDER ESTABLISHING DATE FOR** ) **OPPOSING WALKER RIVER** |
| vs. | ) **IRRIGATION DISTRICT'S PETITION** ) **FOR APPROVAL OF THE REPORT** ) **OF CALIFORNIA STATE WATER** |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al. | ) **RESOURCES CONTROL BOARD AS** ) **SPECIAL MASTER AND FOR** ) **TEMPORARY MODIFICATION OF** |
| Defendants. | ) **THE WALKER RIVER DECREE IN** ) **ACCORDANCE THEREWITH** ) |

1.  On June 3, 2024, the Walker River Irrigation District filed its Petition for Approval of the Report of California State Water Resources Control Board as Special Master and for Temporary Modification of the Walker River Decree in Accordance Therewith (ECF 1793) (the "Petition"), which Report was filed herein on June 13, 2023 (ECF 1791).

2.  Also on June 3, 2024, the Walker River Irrigation District filed a Motion to Establish Schedule Concerning Its Petition for Approval of the Report of the California State Water Resources Control Board as Special Master and for Temporary Modification of the Walker River Decree in Accordance Therewith.

1  BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING, IT IS
2  HEREBY ORDERED that any entity or person who participated as a party to the proceedings
3  before the California State Water Resources Control Board shall have until <u>Wednesday,</u>
4  <u>July 3</u>, 2024 in which to file any response or opposition to the District's Petition and Replies
5  shall be due on <u>        July 17</u>, 2024.
6  
7  Dated this <u>3rd</u> day of June, 2024.

UNITED STATES DISTRICT JUDGE