**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO.C-125 |
| Plaintiffs, | CASE NO.: 3-73-CV-00125-MMD-WGC |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | **ORDER ESTABLISHING DATE FOR THE FILING OF OPPOSITIONS TO THE PETITION OF THE WALKER BASIN CONSERVANCY TO MODIFY THE WALKER RIVER DECREE TO CONFORM WITH NEVADA STATE ENGINEER INSTREAM FLOW WATER RIGHTS PERMIT NOS. 92893–92899** |
| Defendants. | |

On September 16, 2025, the Walker Basin Conservancy filed its Petition for Modification of Walker River Decree Regarding Water Rights Permit Nos. 92893–92899.  ECF No. 1868 (the "Petition").  Also on September 16, 2025, the Walker Basin Conservancy filed its Motion to Establish Schedule Concerning Its Petition.  ECF No. 1870 (the "Motion").  Article VII of the 1996 Administrative Rules and Fed. R. Civ. P. 53(f) contemplate proceedings for the Court to consider the Petition and the proposed modifications of the Walker River Decree in accordance with the Permits.

BASED UPON THE FOREGOING AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that any entity or person who participated as a party to the proceedings before the Nevada State Engineer with respect to Permit Nos. 92893–92899 shall have until October 1, 2025, in which to file any response or opposition to the Petition of the Walker Basin Conservancy to Modify the Walker River Decree to Conform with Nevada State Engineer Instream Flow Water Rights Permit Nos. 92893–92899 (ECF No. 1868).

**IT IS SO ORDERED.**

Dated: September 17, 2025

_____
District Court Judge