**KEMP JONES, LLP**
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Walker Basin Conservancy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, *et al.*,<br><br>Defendants. | IN EQUITY NO. C-125<br><br>CASE NO.: 3:73-CV-00125-MMD-WGC<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO SCHEDULE CASE MANAGEMENT CONFERENCE RE PETITION OF WALKER BASIN CONSERVANCY FOR MODIFICATION OF WALKER RIVER DECREE REGARDING WATER RIGHTS PERMIT NOS. 92893–92899 (ECF No. 1868)** |

The Walker Basin Conservancy (the "Conservancy"), United States Board of Water Commissioners (the "Board"), Walker River Irrigation District (the "District"), and the Nevada State Engineer, by and through their respective undersigned attorneys, submit this joint stipulated request that the Court set a case management conference to determine a procedural schedule for consideration of the Conservancy's Petition for Modification of the Walker River Decree Regarding Water Right Permit Nos. 92893–92899 (ECF No. 1868) (the "Petition").

Along with the filing of the Conservancy's Petition, the Conservancy also filed a Motion to Establish a Schedule and other necessary procedures for processing the Conservancy's Petition and any responses to the Petition. ECF No. 1870. In that Motion, the Conservancy asked the Court to set a deadline for filing written responses to the Petition, and if oppositions were filed, for the Court to schedule a case management conference to allow the Court and the Parties to establish a schedule for processing the Petition and any oppositions to it. *Id*. The Court established October 1, 2025 as the date for filing responses or oppositions

1  to the Petition.  ECF No. 1871.  On October 1, 2025, the Board filed a response to the Petition pursuant to
2  which it requested that the Court decline to issue the Order requested by the Conservancy.  ECF 1872.
3        The procedures to be followed in connection with modifications of the Walker River Decree as a
4  result of an agency decision are set forth in Article VII of the Administrative Rules and Regulations
5  Regarding Change of Point of Diversion, Manner of Use, or Place of Use of Water of the Walker River and
6  its tributaries, and regarding compliance with California Fish and Game Code Section 5937 and other
7  provisions of California law, as amended through June 3, 1996 (the "Administrative Rules").  ECF No. 112.
8  Under those provisions, a contested petition is not managed as if it were a motion subject to LR 7-2. The
9  process contemplated by the Administrative Rules clearly warrants a case management conference.
10        The undersigned respectfully request a case management conference concerning the Petition be
11  scheduled for a day after November 1, 2025, to allow the Conservancy, the District, the State Engineer
12  / / /
13
14  / / /
15
16  / / /
17
18  / / /
19
20  / / /
21
22  / / /
23
24  / / /
25
26  / / /
27
28

and the Board an opportunity to meet and confer to discuss and try to come to agreement regarding the nature and scheduling of further proceedings regarding the Petition to be presented to the Court at such case management conference.

DATED: October 8, 2025.	**KEMP JONES, LLP**

By: /s/ Christopher W. Mixson
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for WALKER BASIN CONSERVANCY*

**ALLISON MacKENZIE, LTD.**

By: /s/ Karen A. Peterson (w/permission)
Karen A. Peterson, Esq. (Nev. Bar #366)
402 North Division Street
Carson City, Nevada 89703

*Attorneys for UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER*

DATED: October 8, 2025.	**WOODBURN AND WEDGE**

By: /s/ Gordon H. DePaoli (w/permission)
Gordon H. DePaoli (Nev, Bar #195)
Dale E. Ferguson (NSB 4986)
6100 Neil Road, Suite 500
Reno, Nevada 89511

*Attorneys for WALKER RIVER IRRIGATION DISTRICT*

DATED: October 8, 2025.	**Aaron D. Ford, ATTORNEY GENERAL**

By: /s/ J. Gregory Cloward (w/permission)
J. Gregory Cloward (Nev. Bar #15890)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson St.
Carson City, Nevada 89701-4717

*Attorneys for NEVADA STATE ENGINEER*

**IT IS SO ORDERED**

DATED this 9th day of October, 2025.

_____
Miranda M. Du, U.S. District Judge