**KEMP JONES, LLP**
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Walker Basin Conservancy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, *et al.*, <br><br> Defendants. | IN EQUITY NO. C-125 <br><br> CASE NO.: 3:73-CV-00125-MMD-WGC <br><br> **ORDER GRANTING STIPULATION AND REQUEST TO SCHEDULE WRITTEN BRIEFING RE PETITION OF WALKER BASIN CONSERVANCY FOR MODIFICATION OF WALKER RIVER DECREE REGARDING WATER RIGHTS PERMIT NOS. 92893–92899 (ECF Nos. 1868, 1875)** |

The Walker Basin Conservancy (the "Conservancy"), United States Board of Water Commissioners (the "Board"), Walker River Irrigation District (the "District"), and the Nevada State Engineer, by and through their respective undersigned attorneys, submit this joint stipulated request that the Court set a schedule for the submission of the Nevada State Engineer's administrative record and for the submission of written briefing for the Court's consideration of the Conservancy's Petition for Modification of the Walker River Decree Regarding Water Right Permit Nos. 92893–92899 (ECF No. 1868) (the "Petition") and the objection to the Petition filed by the U.S. Board of Water Commissioners (ECF No. 1872). The undersigned parties also stipulate and request that the Court vacate the November 20, 2025 Case Management Conference (Minute Order, ECF No. 1876) because the subject of that requested case management conference—discussion with the Court with respect to the procedure for considering the Petition and any objections—is obviated by the instant stipulation for a written briefing schedule.

The Parties stipulate and request the following schedule be approved and ordered by the Court:

| | | |
|---|---|---|
| 1 | - January 9, 2026: | Filing of Nevada State Engineer's Administrative Record; |
| 2 | - February 9, 2026: | Filing of Opening Brief(s) by Walker Basin Conservancy, Nevada State Engineer, and Walker River Irrigation District; |
| 4 | - April 10, 2026: | Filing of Answering Brief by U.S. Board of Water Commissioners; |
| 5 | - May 10, 2026: | Filing of Reply Brief(s) by Walker Basin Conservancy, Nevada State Engineer, and Walker River Irrigation District. |

At the conclusion of written briefing, the Parties request that the Court hold oral argument, on a date to be determined after written briefing is complete.

The undersigned parties also request that, should be Court approve and order the above briefing schedule, that the Court also vacate the November 20, 2025 Case Management Conference (ECF No. 1876 Minute Order Setting CMC).

**IT IS SO ORDERED**

DATED this 17th day of November, 2025.

_____
Miranda M. Du, U.S. District Judge

DATED: November 17, 2025.         **KEMP JONES, LLP**

By: /s/ Christopher W. Mixson
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for WALKER BASIN CONSERVANCY*

DATED: November 17, 2025.         **ALLISON MacKENZIE, LTD.**

By: /s/ Karen A. Peterson (w/permission)
Karen A. Peterson, Esq. (Nev. Bar #366)
402 North Division Street
Carson City, Nevada 89703

*Attorneys for UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER*

| | | |
|---|---|---|
| DATED: November 17, 2025. | | **WOODBURN AND WEDGE** |
| | By: | /s/ *Gordon H. DePaoli (w/permission)* |
| | | Gordon H. DePaoli (Nev, Bar #195) |
| | | Dale E. Ferguson (NSB 4986) |
| | | 6100 Neil Road, Suite 500 |
| | | Reno, Nevada 89511 |
| | | *Attorneys for WALKER RIVER IRRIGATION DISTRICT* |
| DATED: November 17, 2025. | | **Aaron D. Ford, ATTORNEY GENERAL** |
| | By: | /s/ *Gregory Cloward (w/permission)* |
| | | J. Gregory Cloward (Nev. Bar #15890) |
| | | Senior Deputy Attorney General |
| | | State of Nevada |
| | | Office of the Attorney General |
| | | 100 North Carson St. |
| | | Carson City, Nevada 89701-4717 |
| | | *Attorneys for NEVADA STATE ENGINEER* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, a true and correct copy of **STIPULATION AND REQUEST TO SCHEDULE WRITTEN BRIEFING RE PETITION OF WALKER BASIN CONSERVANCY FOR MODIFICATION OF WALKER RIVER DECREE REGARDING WATER RIGHTS PERMIT NOS. 92893–92899 (ECF Nos. 1868, 1875)** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Pamela McAfee
   An Employee of KEMP JONES, LLP