Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, New Mexico 87514
Phone: (505) 504-2610
Email: iris@communityandenvironment.net
*Attorney for Mineral County, Nevada, and
Walker Lake Working Group*

Kevin Cassidy, *pro hac vice*
Earthrise Law Center
P.O. Box 445
Norwell, Massachusetts 02061
Phone: (781) 659-1696
Email: cassidy@lclark.edu
*Attorney for Mineral County, Nevada*

Ryan McCormick, Nevada State Bar No. 15434
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: rmccormick@mineralcountynv.org
*Resident Local Counsel for Mineral County, Nevada,
and Walker Lake Working Group*

James N. Saul, *pro hac vice*
Wild & Scenic Law Center
3519 NE 15th Ave. #207
Portland, Oregon 97212
Phone: (503) 342-2839
Email: jamie@wildandsceniclaw.org
*Attorney for Mineral County, Nevada, and
Walker Lake Working Group*

Kenneth Tedford, Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Email: ktedford@mineralcountynv.org
*Resident Local Counsel for Mineral County, Nevada,
and Walker Lake Working Group*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATE OF AMERICA, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al. ) <br><br> Defendants. ) | IN EQUITY NO. C-125-MMD <br><br> Case No. 3:73-cv-0125-MMD-CSD <br><br> **STIPULATION FOR SUBSTITUTION OF RESIDENT LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Mineral County, Nevada, and Walker Lake Working Group

hereby substitute incoming Mineral County District Attorney, Ryan McCormick, Nevada State

Bar Number 15434, in place and stead of outgoing Mineral County District Attorney Kenneth

Tedford, Nevada State Bar Number 14629, as resident local counsel for Iris Thornton, Ja es

Saul, and Kevin Cassidy.

DATED: _____1.7.26_____

Tony Ruse, Chairperson
*Mineral County Board of Commissioners*

DATED: _____1-12-26_____

Glenn Bunch, *President*
*Walker Lake Working Group*

I consent to the above substitution.

DATED: _____1/7/2026_____

Kenneth Tedford
*Mineral County and Walker Lake Working Gro p*
*Resident Local Counsel*

DATED: _____1/13/2026_____      /s Iris Thornton

Iris Thornton
*Mineral County and Walker Lake Working Gro p*
*Counsel of Record*

DATED: _____1/13/2026_____      /s James Saul

James Saul
*Mineral County and Walker Lake Working Gro p*
*Counsel of Record*

DATED: _____1/13/2026_____      /s Kevin Cassidy

Kevin Cassidy
*Mineral County Counsel of Record*

I am duly admitted to practice in this district. Above substitution accepted.

DATED: _____1/12/26_____

Ryan McCormick
*Mineral County and Walker Lake Working Group*
*Resident Local Counsel*

APPROVED

DATED: _____January 13, 2026_____

Craig S. Denney
United States Magistrate Judge

Page **2** of 3

Respectfully submitted this <u>13th</u> day of <u>January</u>, 2026.

_____
Ryan McCormick, Nevada State Bar No. 15434
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV  89415
Phone: (775) 945-3636
E-mail: rmccormick@mineralcountynv.org

/s Iris Thornton
_____
Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, NM  87514
Telephone: (505) 504-2610
Email:  iris@communityandenvironment.net

/s James Saul
_____
James N. Saul, *pro hac vice*
Wild & Scenic Law Center
3519 NE 15th Ave. #207
Portland, Oregon 97212
Phone: (503) 342-2839
Email: jamie@wildandsceniclaw.org

/s Kevin Cassidy
_____
Kevin Cassidy, *pro hac vice*
Earthrise Law Center
P.O. Box 445
Norwell, Massachusetts 02061
Phone: (781) 659-1696
Email: cassidy@lclark.edu

_____
Kenneth Tedford, Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Email: ktedford@mineralcountynv.org