AARON D. FORD
Attorney General
J. GREGORY CLOWARD (Bar No. 15890)
  Senior Deputy Attorney General
ALEXA T. RAVENCROFT (Bar. No. 16967)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (702) 486-3378
    (775) 684-1231
E: jcloward@ag.nv.gov
    aravencroft@ag.nv.gov

*Attorneys for Interested Party State Engineer*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO. C-125 |
| Plaintiffs, | CASE NO.: 3:73-CV-00125-MMD-WGC |
| vs. | |
| WALKER RIVER IRRIGIATION DISTRICT, *et al.*, | **ORDER GRANTING STIPULATION FOR EXTENSION OF BRIEFING DEADLINES UNDER THE SCHEDULING ORDER FOR APPROVAL OF PERMIT NOS. 92893–92899 (ECF No. 1886) (First Request)** |
| Defendants. | |

The Nevada State Engineer, the Walker Basin Conservancy (the "Conservancy"), the United States Board of Water Commissioners (the "Board"), and the Walker River Irrigation District (the "District"), by and through their respective undersigned attorneys, hereby submit this joint stipulated request that the Court extend the Briefing Schedule approved on November 17, 2025, (ECF No. 1886) for the submission of written briefing for the Court's consideration of the Conservancy's Petition for Modification of the Walker River Decree Regarding Water Right Permit Nos. 92893–92899 (ECF No. 1868) (the "Petition") and the objection to the Petition filed by the U.S. Board of Water Commissioners (ECF No. 1872).  This is the first stipulation for extension of time to file written briefing.

The parties stipulate and request the following schedule be approved and ordered by the Court:

1.      The Parties stipulate and agree to extend the deadline for the Opening Briefs by Walker Basin Conservancy, the Nevada State Engineer, and Walker River Irrigation District from February 9, 2026, to March 2, 2026.

2.      The parties further stipulate and agree to extend the deadline for the Answering Brief by the U.S. Board of Water Commissioners from April 10, 2026, to May 1, 2026.

3.      The parties further stipulate and agree to extend the deadline for the Reply Briefs by Walker Basin Conservancy, the Nevada State Engineer, and Walker River Irrigation District from May 10, 2026, to June 1, 2026.

4.      This extension is requested to allow the parties additional time to review the extensive Record of Proceedings and a forthcoming Supplemental Record of Proceedings.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:         February 3, 2026

DATED: February 3, 2026.              AARON D. FORD
                                      Attorney General

                         By:     */s/Alexa T. Ravencroft*
                                 J. GREGORY CLOWARD (Bar No. 15890)
                                 ALEXA T. RAVENCROFT (Bar No. 16967)
                                 Senior Deputy Attorney General
                                 Deputy Attorney General
                                 Office of the Attorney General
                                 100 North Carson Street
                                 Carson City, NV 89701-4717
                                 T: (775)
                                 E: jcloward@ag.nv.gov

                                 *Attorneys for Nevada State Engineer*

DATED: February 3, 2026.                    KEMP JONES, LLP

                                    By:    */s/ Christopher W. Mixson (w/ permission)*
                                            Don Springmeyer, Esq. (Nev. Bar #1021)
                                            Christopher W. Mixson, Esq. (Nev. Bar #10685)
                                            3800 Howard Hughes Parkway, 17th Floor
                                            Las Vegas, Nevada 89169

                                            *Attorneys for WALKER BASIN CONSERVANCY*

DATED: February 3, 2026.                    WOODBURN AND WEDGE

                                    By:    */s/ Gordon H. DePaoli (w/ permission)*
                                            Gordon H. DePaoli (Nev, Bar #195)
                                            Dale E. Ferguson (NSB 4986)
                                            6100 Neil Road, Suite 500
                                            Reno, Nevada 89511
                                            Attorneys for WALKER RIVER IRRIGATION
                                            DISTRICT

DATED: February 3, 2026.                    ALLISON MacKENZIE, LTD.

                                    By:    */s/ Karen A. Peterson (w/ permission)*
                                            Karen A. Peterson, Esq. (Nev. Bar #366)
                                            402 North Division Street
                                            Carson City, Nevada 89703

                                            *Attorneys for UNITED STATES BOARD OF
                                            WATER COMMISSIONERS and CHIEF
                                            DEPUTY WATER COMMISSIONER*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 3rd day of February, 2026, I served a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF BRIEFING DEADLINES UNDER THE SCHEDULING ORDER FOR APPROVAL OF PERMIT NOS. 92893–92899 (ECF No. 1886) (First Request) And PROPOSED ORDER**, by electronic service to the participants in this case who are registered with the U.S. District Court's CM/ECF electronic service to this matter.

*/s/Aaron D. Van Sickle*
AG Legal Secretary