ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:73-cv-00125-MMD-CSD |
| Plaintiff, | In Equity No. C-125 |
| WALKER RIVER PAIUTE TRIBE, | **ORDER APPROVING BUDGET AND RATE OF ASSESSMENT FOR THE YEAR JULY 1, 2026 THROUGH JUNE 30, 2027, AND THE AUDIT REPORT FOR THE YEAR ENDED JUNE 30, 2025** |
| Plaintiff-Intervenor, | |
| vs. | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | |
| Defendants. | |

The Petition of the United States Board of Water Commissioners and the Chief Deputy Water Commissioner (collectively "Board") for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2026 Through June 30, 2027, and for Approval of the Audit Report for the Year Ended June 30, 2024 ("Petition") [Doc. 1899] was filed on April 30, 2026.

An Order Requiring Notice of the Petition was entered May 1, 2026 [Doc. 1904]. A hearing was set for Wednesday, June 3, 2026 [Doc. 1903]. The Court stated in the Notice of Filing of Report and Petition if no objections were filed by May 27, 2026, the Court would consider vacating the Hearing [Doc. 1903].

The Walker River Paiute Tribe ("Tribe") and the United States of America ("United States") filed Joint Comments on May 27, 2026 [Doc. 1906]. The Walker River Irrigation District ("WRID") filed a Response to the Joint Comments on May 27, 2026 [Doc. 1911]. The Joint

-1-

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com

Comments of the Tribe and the United States state their comments are similar to their comments filed annually with the Court in prior years, and that a hearing may not be required on the Board's Petition.  Subject to the statements made in their comments, the Tribe and United States do not object to the Court approving the Report and Petition.  [Doc. 1906 at 2:1-3].  WRID responded to the Tribe's and United States' Joint Comments and acknowledged that the Tribe and the United States have not waived the rights they may have to seek in the future a different place of measurement and/or the addition of water to offset conveyances losses, if any.  [Doc. 1911 at 3:5-8].

There were no other comments filed to the budget, rate of assessment or the audit report.

The Court having considered the Petition, the Tribe's and United States' Joint Comments, WRID's Response, the proofs of notice, and being fully advised in the premises makes the following findings:

1. The Court finds that notice of this hearing has been given by publication and posting of the Notice of Filing of Report and Petition for Approval of Budget and Approval of Rate of Assessment for the Year July 1, 2026 Through June 30, 2027, and for Approval of the Audit Report for the Year Ended June 30, 2025 in accordance with its Order of May 1, 2026 [Doc. 1904], and that additional notice has been given by electronic service and by mailing a copy of the Petition, the (Proposed) Order Requiring Notice and (Proposed) Notice of Filing Report on April 30, 2026, as set forth in the Affidavit of Service filed on April 30, 2026 [Doc. 1902].

2. The Court finds that the Budget and Rate of Assessment for the year July 1, 2026 to June 30, 2027 should be approved.

3. The Court finds the Audit Report of the accounting records of the United States Board of Water Commissioners for the year ended June 30, 2025, prepared by Arrighi, Blake & Associates, LLC, Certified Public Accountants, should be approved.

///

///

///

///

-2-

NOW, THEREFORE, it is hereby ordered that:

1.      The Budget and Rate of Assessment of $4.40 per acre for the year July 1, 2026 to June 30, 2027 submitted by the Chief Deputy Water Commissioner and approved by the United States Board of Water Commissioners on April 30, 2026 is hereby approved; and

2.      The Audit Report of the accounting records of the United States Board of Water Commissioners for the year ended June 30, 2025, prepared by Arrighi, Blake & Associates, LLC, Certified Public Accountants, is hereby approved; and

3.      The hearing currently set for Wednesday, June 3, 2026 at 11:00 a.m. is hereby **VACATED**.

DATED this 28th day of May, 2026.

UNITED STATES DISTRICT JUDGE

4902-7990-6223, v. 1

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202  Fax: (775) 882-7918
E-Mail Address: law@allisonmackenzie.com