**KEMP JONES, LLP**
Don Springmeyer, Esq. (Nev. Bar #1021)
Christopher W. Mixson, Esq. (Nev. Bar #10685)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Walker Basin Conservancy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | IN EQUITY NO. C-125 |
| Plaintiffs, | CASE NO.: 3:73-CV-00125-MMD-WGC |
| vs. | **ORDER GRANTING REQUEST FOR ONE WEEK EXTENSION RE JOINT STATUS REPORT PURSUANT TO JUNE 24, 2026 MINUTE ORDER (ECF No. 1920)** |
| WALKER RIVER IRRIGATION DISTRICT, *et al.*, | |
| Defendants. | |

The Walker Basin Conservancy (the "Conservancy"), United States Board of Water Commissioners (the "Board"), Walker River Irrigation District (the "District"), and the Nevada State Engineer, by and through their respective undersigned attorneys, submit this Joint Status Report and Request for 1 Week Extension pursuant to the Court's June 24, 2026 Minute Order (ECF No. 1920). At the June 24 hearing, the Court directed counsel to meet and confer to attempt to provide a joint resolution of the specific dispute regarding the Federal Water Master's administration of the non-consumptive use component of the changed water rights with respect to hydrologic losses and also to avoid injury to or conflict with water rights with points of diversion between the point of non-diversion of the changed water rights and the downstream Strosnider Gage.

Undersigned counsel for the Conservancy consulted with client representatives for the Conservancy beginning on June 24, and began to confer with counsel for the District on June 29. Discussions among counsel for the Conservancy and the District continued through the week of June 29.

On July 6, counsel for the Conservancy contacted counsel for the Board and for State Engineer via e-mail, including providing them with proposed legal positions of the Conservancy and the District in written form for their consideration, along with their similar, but slightly different, proposals for inclusion in an Order of the Court..

Counsel for the Board requested that the parties consider an extension of one week to consider the positions of the Conservancy and the District, because of time needed to consult with the members of the Board.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The undersigned counsel hereby jointly request an extension of one week, to and including Wednesday July 15, to submit a joint conference report to address the matters directed by the Court at the June 24 hearing.

DATED: July 8, 2026                    **KEMP JONES, LLP**

                                       By:  /s/    Chris Mixson
                                       Don Springmeyer, Esq. (Nev. Bar #1021)
                                       Christopher W. Mixson, Esq. (Nev. Bar #10685)
                                       3800 Howard Hughes Parkway, 17th Floor
                                       Las Vegas, Nevada 89169
                                       *Attorneys for WALKER BASIN CONSERVANCY*

DATED: July 8, 2026                    **ALLISON MacKENZIE, LTD.**

                                       By:  /s/  Karen Peterson (w/permission)
                                       Karen A. Peterson, Esq. (Nev. Bar #366)
                                       402 North Division Street
                                       Carson City, Nevada 89703
                                       *Attorneys for UNITED STATES BOARD OF WATER COMMISSIONERS and CHIEF DEPUTY WATER COMMISSIONER*

DATED: July 8, 2026                    **WOODBURN AND WEDGE**

                                       By:  /s/  Gordon DePaoli (w/permission)
                                       Gordon H. DePaoli (Nev, Bar #195)
                                       Dale E. Ferguson (NSB 4986)
                                       6100 Neil Road, Suite 500
                                       Reno, Nevada 89511
                                       *Attorneys for WALKER RIVER IRRIGATION DISTRICT*

DATED: July 8, 2026                    **Aaron D. Ford, ATTORNEY GENERAL**

                                       By:  /s/  Alexa Ravencroft (w/permission)
                                       J. Gregory Cloward (Nev. Bar #15890)
                                       Senior Deputy Attorney General
                                       Alexa T. Ravencroft (Nev. Bar #16967)
                                       State of Nevada
                                       Office of the Attorney General
                                       100 North Carson St.
                                       Carson City, Nevada 89701-4717
                                       *Attorneys for NEVADA STATE ENGINEER*

DATED: July 10, 2026                   **IT IS SO ORDERED.**

                                       _____
                                       UNITED STATES DISTRICT JUDGE

3